Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18–17989–RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jose F Argueta
  aka Jose F Argueta–Diaz
  144 Congress Street
  Apartment#1
  Jersey City, NJ 07307

Social Security No.:
  xxx–xx–3537

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Jose F Argueta the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on March 9, 2019.

Ditech Home Loans
PO Box 8172
Rapid City, SD 57709

Dated: March 14, 2019
JAN: nds

                                                Jeanne Naughton
                                                Clerk