Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                             Case No.:  18−17989−RG
                                             Chapter:  13
                                             Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose F Argueta
   aka Jose F Argueta−Diaz
   144 Congress Street
   Apartment#1
   Jersey City, NJ 07307

Social Security No.:
   xxx−xx−3537

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Jose F Argueta the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on March 9, 2019.

Ditech Home Loans
PO Box 8172
Rapid City, SD 57709

Dated: March 14, 2019
JAN: nds

                                                                                             Jeanne Naughton
                                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jose F Argueta  
    Debtor

Case No. 18-17989-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 14, 2019  
                         Form ID: 226     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.  
db          +Jose F Argueta,    144 Congress Street,    Apartment#1,    Jersey City, NJ 07307-2602  
517468981    +Ditech Home Loans,    PO Box 8172,    Rapid City, SD 57709-8172

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 15 2019 00:24:07      United States Trustee,  
         Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,  
         Newark, NJ 07102-5235  
                                                                                                                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2019 at the address(es) listed below:  
         Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT  
          SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSAB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES,  
          SERIES 2006-4 nj.bkecf@fedphe.com  
         Herbert B. Raymond    on behalf of Debtor Jose F Argueta bankruptcy123@comcast.net,  
          raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@  
          gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@  
          gmail.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp.,  
          CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association,  
          as Trustee rsolarz@kmllawgroup.com  
         Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR  
          CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSAB MORTGAGE-BACKED PASS-THROUGH  
          CERTIFICATES, SERIES 2006-4 nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                                                                TOTAL: 6