UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: bankruptcy123@comcast.net

**Order Filed on May 24, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOSE ARGUETA,

DEBTOR

Case No.:     18-17989

Chapter:     13

Judge:     RG

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 24, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____1/29/19_____ :

Property: ___144 CONGRESS ST, JERSEY CITY, NJ_____

Creditor: ___Specialized Loan Servicing_____

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____DEBTOR_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____8/18/19_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2