UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
Bar No. 262092017
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112

**Order Filed on October 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOSE F. ARGUETA,

    Debtor,

Case No.:    18-17989-RG

Chapter:    Gambardella

Judge:    13

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 4, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____May 11, 2018_____ :

Property:   144 Congress Street, Jersey City, NJ 07307

Creditor:   * Specialized Loan Servicing, LLC, as Servicer for, Credit Suisse First Boston Mortgage Securitites Corp., CSAB Mortgage-Backed Pass-Through Certificates Series 2006-4, U.S. Bank National Association, as Trustee

and a Request for

- ❑ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ☒ Early Termination of the Loss Mitigation Period having been filed by _____Creditor *_____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective _____September 27, 2019_____ .

*Revised 9/19/13*

2