UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

JOSE F ARGUETA

Case No.:  18-17989

Adv. No.:

Hearing Date:

Judge:  RG

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 11/07/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
JOSE F ARGUETA
144 CONGRESS STREET
APARTMENT#1
JERSEY CITY, NJ  07307
Mode of Service:  Regular Mail

Attorney for Debtor(s):
HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  November 07, 2019

By:  /S/  Jessica Antoine
Jessica Antoine