**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 18-17989-RG |
| JOSE F. ARGUETA § | |
| DEBTOR(S) § | |
| § | CHAPTER 13 |

**NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that **Specialized Loan Servicing, LLC**, as servicing agent for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as Trustee, ("Creditor"), is withdrawing its **Notice of Mortgage Payment Change (Claim # 4-2)** in the amount of **$2,340.69** filed on **June 10, 2019** due to a reanalysis of the escrow account. A new Notice of Mortgage Payment Change will be filed with the updated escrow analysis attached.

Dated: December 6, 2019

                                                     Respectfully submitted,
                                                   Bonial & Associates, P.C.

                                                   /s/ Natalie E. Lea
                                                   Natalie E. Lea
                                                   14841 Dallas Parkway, Suite 425
                                                   Dallas, Texas  75254
                                                   (972) 643-6600
                                                   (972) 643-6698 (Telecopier)
                                                   Email: POCInquiries@BonialPC.com
                                                   Authorized Agent for Specialized Loan Servicing, LLC

4128-N-2729

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bonial & Associates, P.C.<br>14841 Dallas Parkway<br>Suite 425<br>Dallas, Texas 75254<br>Telephone: (972) 643-6600<br>POCInquiries@BonialPC.com<br>Authorized Agent for Creditor<br><br>In Re:<br><br>Jose F. Argueta<br><br>Debtor. | Case No : 18-17989-RG<br><br>Chapter: 13<br><br>Adv. No.:_____<br><br>Hearing Date: _____ at _____<br><br>Judge: Rosemary Gambardella |
|---|---|

**CERTIFICATION OF SERVICE**

1. I, [Natalie E. Lea]:

    ☑ represent the Creditor in this matter.

    ☐ am the secretary/paralegal for _____, who represents the

      _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On [December 9, 2019], I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    - Withdrawal of Proof of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

December 9, 2019  /s/ Natalie E. Lea
Date  Natalie E. Lea

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jose F. Argueta<br>144 Congress Street Apartment#1<br>Jersey City, NJ 07307 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J LBR 5005-1<br>    (As authorized by the Court or by rule. Cite the rule if applicable. *) |
| Herbert B. Raymond<br>Attorney at Law<br>7 Glenwood Ave Suite #408<br>4th Floor<br>East Orange, NJ 07017<br>herbertraymond@gmail.com | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>    (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd, Suite 330<br>Fairfield, New Jersey 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>    (As authorized by the Court or by rule. Cite the rule if applicable.*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.