**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

    JOSE ARGUETA,

Case No.:      18-17989 RG

Judge:      GAMBARDELLA

      Debtor(s)

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date:  DECEMBER 20, 2019

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

---

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

---

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney:  HR    Initial Debtor:  JA    Initial Co-Debtor:      

**Part 1:    Payment and Length of Plan**

a.  The debtor shall pay $ _____500_____ per _____MONTH_____ to the Chapter 13 Trustee, starting on _____MAY OF 2018_____ for approximately _____60**_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

.

c.  Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:

Proposed date for completion: _____

☒  Refinance of real property:
Description:  144 Congress St., Jersey City, New Jersey
Proposed date for completion:  June 30, 2020_____

☐  Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☒ Other information that may be important relating to the payment and length of plan:

** Trustee is not make payments on pre-petition mortgage arrears claims of Wells Fargo (or its assignee or successor) or Ditech Financial (or assignee or successor in interest).  Mortgage arrears to be addressed through refinance.

*** Trustee is to pay claim number five, held by Cach, llc, in full, and before payment of any other claims, other than counsel fees, supplemental counsel fees and other administrative expenses.  After payment of this obligation in full, the trustee is to fully pay other unsecured claims and then priority and secured claims, if applicable.  Trustee, as noted above, is not to make payment on mortgage arrears claims pertaining to 144 Congress St., Jersey City, New Jersey.  These obligations are to be addressed through refinance transaction.

**Part 2:    Adequate Protection ☒ NONE**

a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ |
| DOMESTIC SUPPORT OBLIGATION | NONE AS TO DOMESTIC SUPPORT | $1,350 Balance Counsel Fee (Orig. Fee) |

b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a.  Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| WELLS FARGO HOME MORTGAGE | FIRST MORTGAGE AGAINST RESIDENTIAL PROPERTY RE: 144 CONGRESS, JC, NJ | $244,842.69; TRUSTEE IS NOT TO PAY; ADDRESS IN REFI | N/A | $244,842.69; TRUSTEE IS NOT TO PAY; ADDRESS IN REFINANCE | CONTINUED PAYMENTS STARTING 5/1/18 |
| DITECH FINANCIAL | SECOND MORTGAGE RE: 144 CONGRESS | $28,000; TRUSTEE IS NOT TO  PAY, REFINANCE | N/A | $28,000 TRUSTEE IS NOT TO PAY, REFI | CONTINUED PAYMENTS 5/1/18 |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c.  Secured claims excluded from 11 U.S.C. 506:  ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**   ☒ **NONE**

1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

i. Emigrant Mortgage, continued payments by the Debtor, pertaining to mortgage encumbering real property located at 142 Congress Street, Jersey City, New Jersey, no arrears.  Continued payments by the Debtor directly to Emigrant Mortgage.

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| CACH, LLC | JUDGMENT LIEN AGAINST REAL PROPERTY | $2,828.  THIS OBLIGATION TO BE COMPLETELY AND FULLY PAID AND TO BE PAID FIRST, BEFORE OTHER OBLIGATIONS |
| MIDLAND FUNDING, LLC | JUDGMENT LIEN AGAINST REAL PROPERTY | $1,082 |

## Part 5:    Unsecured Claims ☐ NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than _100_____ percent

☐ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b.  Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.  ☒ NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.  ☒ NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Counsel Fees & Supp. Counsel Fees (Fully paid before other Claims)

3) Cach, llc, Claim 5, to be paid completely before other obligations except counsel

4) Unsecured Claims and then Priority and/or Secured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

---

**Part 9:    Modification  ☐ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: JANUARY 19, 2019                    .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| THE PLAN IS BEING MODIFIED TO CALL FOR A REFINANCE PERTAINING TO 144 CONGRESS ST., JERSEY CITY, NJ.  TRUSTEE IS NOT TO PAY MORTGAGE ARREARS REGARDING MORTGAGES AGAINST THIS PROPERTY.  THE MORTGAGES ENCUMBERING THIS PROPERTY ARE TO BE ADDRESSED THROUGH REFINANCE TRANSACTION.  TRUSTEE IS TO FULLY PAY CLAIM OF CACH LLC | WHICH IS CLAIM NUMBER 5, BEFORE OTHER CLAIMS EXCEPT ADMIN. EXPENSES.   THEREAFTER TRUSTEE IS TO PAY OTHER OBLIGATIONS.  PAYMENTS REMAIN THE SAME AND PLAN CALLS FOR A REFINANCE OF 144 CONGRESS ON OR BEFORE JUNE 30, 2020.  CLIENT AWAITING PAYOFF INFORMATION TO DETERMINE IF REFINANCE TRANSACTION VIABLE. |

Are Schedules I and J being filed simultaneously with this Modified Plan?        ☐ Yes        ☒ No

---

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: <u>DECEMBER 20, 2019</u>                      <u>/S/ JOSE ARGUETA</u>
                                                                           Debtor

Date: _____          _____
                                                                           Joint Debtor

Date: <u>DECEMBER 20, 2019</u>                      <u>/S/ HERBERT B. RAYMOND, ESQ.</u>
                                                                           Attorney for Debtor(s)

### United States Bankruptcy Court
#### District of New Jersey

In re:                                                                    Case No. 18-17989-RG
Jose F Argueta                                                            Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3          Date Rcvd: Dec 23, 2019
                             Form ID: pdf901           Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.

```
db             +Jose F Argueta,    144 Congress Street,    Apartment#1,    Jersey City, NJ 07307-2602
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE,    Phelan Hallinan & Schmeig, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517468957      +BAC Home Loan Servicing,    PO Box 650070,    Dallas, TX 75265-0070
517468958      +Bank Of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
517468960      +Bank of America,    PO Box 9000,    Getzville, NY 14068-9000
517468959      +Bank of America,    PO Box 17645,    Baltimore, MD 21297-1645
517468961      +Bank of America,    100 N Tyon Street,    Charlotte, NC 28255-0001
517468964      +Bank of America,    PO Box 30770,    Tampa, FL 33630-3770
517468965       Cach Llc,   PO Box  5980,    Denver, CO 80127
517468980      +Ditech,    PO Box 7169,    Pasadena, CA 91109-7169
517468981      +Ditech Home Loans,    PO Box 8172,    Rapid City, SD 57709-8172
517468983      +Ditech Mortgage,    PO Box 8172,    Rapid City, SD 57709-8172
517468982      +Ditech llc,    PO Box 780,    Waterloo, IA 50704-0780
517468984      +Emigrant Mortgage,    5 E 42nd Street,    New York, NY 10017-6904
517468987      +Fein, Such, Kahn, and Shepard,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
517468988      +Fein, Such, Kahn, and Shepard ESQ.,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
517468990      +HSBC,    PO Box 17051,    Baltimore, MD 21297-1051
517468989      +HSBC,    PO Box 98706,    Las Vegas, NV 89193-8706
517468991      +HSBC,    PO Box 80084,    Salinas, CA 93912-0084
517468993      +Midland Funding Co. Inc.,    2365 Northside Drive Ste 30,    San Diego, CA 92108-2709
517468998      +Phelan, Hallinan & Diamond, Jones, PC,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
517468999      +Phelan, Hallinan & Schmeig, PC,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
517469003      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517469004      +Pressler & Pressler ESQ.,    7 Entin Road,    Parsippany, NJ 07054-5020
517469005      +Schachter & Portnoy,    Attorneys At Law,    3490 US Route 1,    Suite 6,
                 Princeton, NJ 08540-5920
517469006      +Schachter & Portnoy ESQ.,    Attorneys At Law,    3490 US Route 1,    Suite 6,
                 Princeton, NJ 08540-5920
517469007      +Schachter & Portnoy PC,    Attorneys At Law,    3490 US Route 1,    Suite 6,
                 Princeton, NJ 08540-5920
518077593      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518077594      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517469021      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corporation,    19001 South Western Avenue, TC13,
                 Torrance, CA 90509-2958)
517469016      +Target,    PO Box 673,    Minneapolis, MN 55440-0673
517469018      +Target,    PO Box 660170,    Dallas, TX 75266-0170
517469020      +Toyota Motor Credit,    PO Box 9786,    Cedar Rapids, IA 52409-0004
517623689       U.S. Bank National Association, as Trustee ET.AL.,    Wells Fargo Bank, N.A.,
                 Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
517469023      +Wells Fargo Home Loans,    1 Home Campus,    Des Moines, IA 50328-0001
517469026      +Wells Fargo Home Mortgage,    PO Box 11701,    Newark, NJ 07101-4701
517469024      +Wells Fargo Home Mortgage,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
517469025      +Wells Fargo Home Mortgage,    PO Box 10437,    Des Moines, IA 50306-0437
517469028      +Wells Fargo Home Mortgage, Inc.,    PO Box 14471,    Des Moines, IA 50306-3471
517469027      +Wells Fargo Home Mortgage, Inc.,    One Home Campus,    Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 24 2019 00:52:17    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 24 2019 00:52:13    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2019 00:57:15
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517468968      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2019 00:56:02    CACH, LLC,
                 370 17th Street, Suite 5000,    Denver, CO 80202-5616
517625249      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2019 00:56:56    CACH, LLC,
                 c/o Resurgent Capital Services,    PO Box 10675,    Greenville, SC 29603-0675
517468975       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 24 2019 00:57:35    Capital One,
                 PO Box 85015,    Richmond, VA 23285-5015
517468967      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2019 00:57:55
                 Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,
                 Denver, CO 80237-3485
517468969      +E-mail/Text: bankruptcy@cavps.com Dec 24 2019 00:52:36    Calvary Investments,
                 500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2321
517468971      +E-mail/Text: bankruptcy@cavps.com Dec 24 2019 00:52:37    Calvary Portfolio Management,
                 PO Box 27288,    Tempe, AZ 85285-7288
```

```
District/off: 0312-2          User: admin              Page 2 of 3              Date Rcvd: Dec 23, 2019
                             Form ID: pdf901           Total Noticed: 73
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
517468973      +E-mail/Text: bankruptcy@cavps.com Dec 24 2019 00:52:37     Calvary Portfolio Services,
                Attention: Bankruptcy Department,   500 Summit Lake Dr. Suite 400,   Valhalla, NY 10595-2321
517468972      +E-mail/Text: bankruptcy@cavps.com Dec 24 2019 00:52:37     Calvary Portfolio Services,
                500 Summit Lake Drive,   PO Box 520,   Valhalla, NY 10595-0520
517468976      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 24 2019 00:57:35      Capital One,
                PO Box 85147,   Richmond, VA 23276-0001
517468974      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 24 2019 00:57:35      Capital One,
                PO Box 85617,   Richmond, VA 23285-5617
517472796      +E-mail/Text: bankruptcy@cavps.com Dec 24 2019 00:52:37     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
517468978      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 24 2019 00:55:52      Credit One Bank,
                PO Box 98873,   Las Vegas, NV 89193-8873
517468977      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 24 2019 00:57:55      Credit One Bank,
                P0 Box 80015,   Los Angeles, CA 90080-0015
517468979      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 24 2019 00:55:53      Credit One Bank Na,
                PO Box 98875,   Las Vegas, NV 89193-8875
517468992      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 24 2019 00:52:13      Midland Funding,
                2365 Northside Drive,   San Diego, CA 92108-2709
517468995      +E-mail/PDF: cbp@onemainfinancial.com Dec 24 2019 00:57:11      Onemain,   PO Box 790040,
                Saint Louis, MO 63179-0040
517468996      +E-mail/PDF: cbp@onemainfinancial.com Dec 24 2019 00:57:11      Onemain Financial,
                6801 Colwell Blvd,   Irving, TX 75039-3198
517468997      +E-mail/PDF: cbp@onemainfinancial.com Dec 24 2019 00:57:14      Onemain Financial,
                PO Box 183172,   Columbus, OH 43218-3172
517469001       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2019 00:57:46
                Portfolio Recovery,   140 Corporate Blvd.,   Norfolk, VA 23502
517469002       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2019 00:56:46
                Portfolio Recovery,   140 Corporate Blvd.,   Ste. 1,   Norfolk, VA 23502
517469000       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2019 00:55:53
                Portfolio Recovery,   Attn: Bankruptcy,   P0 Box 41067,   Norfolk, VA 23541
517606622       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2019 00:55:52
                Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,   POB 41067,
                Norfolk VA 23541
517470269      +E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2019 00:56:17     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517469012      +E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2019 00:55:28     Synchrony Bank,   P0 Box 960013,
                Orlando, FL 32896-0013
517469008      +E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2019 00:55:28     Synchrony Bank,   P0 Box 965005,
                Orlando, FL 32896-5005
517469010      +E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2019 00:56:17     Synchrony Bank,   Po Box 965015,
                Orlando, FL 32896-5015
517469013       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Dec 24 2019 00:57:24      T-Mobile,
                Bankruptcy,   PO Box 37380,   Albuquerque, NM 87176
517469014       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Dec 24 2019 00:57:24
                T-Mobile Bankruptcy Team,   PO Box 53410,   Bellevue, WA 98015
517469015       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Dec 24 2019 00:55:38      T-Mobile Financial,
                P0 Box 2400,   Young America, MN 55553
517469019       E-mail/Text: bankruptcy@td.com Dec 24 2019 00:52:20      TD Bank,   PO Box 8400,
                Lewiston, ME 04243
                                                                                          TOTAL: 33
```

```
       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517468963*     +Bank of America,   PO Box 9000,   Getzville, NY 14068-9000
517468966*      Cach Llc,   P0 Box 5980,   Denver, CO 80127
517468970*     +Calvary Investments,   500 Summit Lake Drive,   Suite 400,   Valhalla, NY 10595-2321
517472798*     +Cavalry SPV I, LLC,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
517468985*     ++EMIGRANT BANK,   6 EAST 43RD ST,   10TH FL,   NEW YORK NY 10017-4629
                (address filed with court: Emigrant Mortgage Company,   5 E 42nd Street,   New York, NY 10017)
517468986*     ++EMIGRANT BANK,   6 EAST 43RD ST,   10TH FL,   NEW YORK NY 10017-4629
                (address filed with court: Emigrant Mortgage Company,   5 E 42nd Street,   New York, NY 10017)
517468994*     +Midland Funding Company,   2365 Northside Drive Ste 30,   San Diego, CA 92108-2709
517469009*     +Synchrony Bank,   P0 Box 965005,   Orlando, FL 32896-5005
517469011*     +Synchrony Bank,   P0 Box 965015,   Orlando, FL 32896-5015
517469022*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corporation,   Attn: Asset Protection Department,
                PO Box 2958,   Torrance, CA 90509-2958)
517632724*      U.S. Bank National Association, as Trustee ET.AL.,   Wells Fargo Bank, N.A.,
                Default Document Processing,   N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700
517468962      ##+Bank of America,   Attn: Bankruptcy,   PO Box 26012,   Greensboro, NC 27420-6012
517469017      ##+Target,   3701 Wayzata Blvd.,   Minneapolis, MN 55416-3440
                                                                         TOTALS: 0, * 11, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Dec 23, 2019
                             Form ID: pdf901           Total Noticed: 73
```

                    ***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
          Andrew L. Spivack   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT
           SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSAB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES,
           SERIES 2006-4 nj.bkecf@fedphe.com
          Herbert B. Raymond    on behalf of Debtor Jose F Argueta herbertraymond@gmail.com,
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
           ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
           ls789@gmail.com
          Keri P. Ebeck   on behalf of Creditor   Specialized Loan Servicing, LLC as Servicer for, Credit
           Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates,
           Series 2006-4, U.S. Bank National Association, as kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   Credit Suisse First Boston Mortgage Securities Corp.,
           CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association,
           as Trustee rsolarz@kmllawgroup.com
          Sherri Jennifer Smith    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSAB MORTGAGE-BACKED PASS-
           THROUGH CERTIFICATES, SERIES 2006-4 nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 7
```