HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 18-17989

Re:  JOSE F ARGUETA                               Atty:  HERBERT B. RAYMOND, ESQ.
     144 CONGRESS STREET                                  7 GLENWOOD AVENUE
     APARTMENT#1                                          4TH FLOOR SUITE 408
     JERSEY CITY,  NJ  07307                              EAST ORANGE, NJ  07017

## RECEIPTS AS OF 01/15/2020                                           (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/04/2018 | $500.00 | 4958897000 | 06/21/2018 | $500.00 | 5006949000 |
| 07/26/2018 | $500.00 | 5096827000 | 08/27/2018 | $500.00 | 5181829000 |
| 09/28/2018 | $500.00 | 5264192000 | 10/26/2018 | $500.00 | 5340091000 |
| 11/27/2018 | $500.00 | 5417572000 | 12/31/2018 | $500.00 | 5499129000 |
| 01/30/2019 | $500.00 | 5578461000 | 03/01/2019 | $500.00 | 5656476000 |
| 04/02/2019 | $500.00 | 5753224000 | 05/02/2019 | $500.00 | 5828492000 |
| 06/20/2019 | $500.00 | 5950896000 | 06/21/2019 | $500.00 | 5952452000 |
| 07/09/2019 | $500.00 | 6002838000 | 08/12/2019 | $500.00 | 6085345000 |
| 09/23/2019 | $500.00 | 6194818000 | 10/15/2019 | $500.00 | 6254547000 |
| 12/02/2019 | $500.00 | 6365933000 | 12/18/2019 | $500.00 | 6413766000 |

**Total Receipts: $10,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $10,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020                         (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DITECH MORTGAGE | | | | | | |
| | 03/18/2019 | $735.00 | 821,236 | 04/15/2019 | $458.43 | 823,280 |
| | 05/20/2019 | $46.53 | 825,250 | 06/17/2019 | $47.37 | 827,278 |
| | 08/19/2019 | $142.11 | 831,070 | 09/16/2019 | $47.37 | 833,111 |
| | 11/18/2019 | $16.43 | 837,194 | 01/13/2020 | $46.78 | 840,990 |
| SPECIALIZED LOAN SERVICING, LLC | | | | | | |
| | 04/15/2019 | $13.07 | 824,100 | 05/20/2019 | $424.97 | 826,123 |
| | 06/17/2019 | $432.63 | 828,074 | 08/19/2019 | $1,297.89 | 831,965 |
| | 09/16/2019 | $432.63 | 833,945 | 11/18/2019 | $150.07 | 838,054 |
| | 01/13/2020 | $427.22 | 841,826 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 467.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,340.00 | 100.00% | 4,340.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | CACH LLC | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 18-17989**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0014 | CAVALRY SPV I LLC | UNSECURED | 7,139.27 | 100.00% | 0.00 | 7,139.27 |
| 0015 | CAVALRY SPV I LLC | UNSECURED | 5,565.17 | 100.00% | 0.00 | 5,565.17 |
| 0016 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | CREDIT ONE BANK NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | DITECH MORTGAGE | MORTGAGE ARRE | 28,000.00 | 100.00% | 1,540.02 | 26,459.98 |
| 0026 | EMIGRANT MORTGAGE | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | CACH LLC | UNSECURED | 1,015.25 | 100.00% | 0.00 | 1,015.25 |
| 0033 | MIDLAND FUNDING | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0037 | ONEMAIN FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0041 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 845.86 | 100.00% | 0.00 | 845.86 |
| 0051 | SYNCHRONY BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0052 | SYNCHRONY BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0053 | T-MOBILE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0058 | TARGET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0060 | TOYOTA MOTOR CREDIT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0064 | SPECIALIZED LOAN SERVICING, LLC | MORTGAGE ARRE | 244,842.69 | 100.00% | 3,178.48 | 241,664.21 |

**Total Paid: $9,526.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $10,000.00    -    Paid to Claims: $4,718.50    -    Admin Costs Paid: $4,807.50    =    Funds on Hand: $474.00

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.