Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−17989−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose F Argueta
   aka Jose F Argueta−Diaz
   144 Congress Street
   Apartment#1
   Jersey City, NJ 07307

Social Security No.:
   xxx−xx−3537

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 20, 2020.

On 7/9/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                  September 16, 2020
Time:                  08:30 AM
Location:              Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 26, 2020
JAN: smz

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                         Case No. 18-17989-RG
Jose F Argueta                                                 Chapter 13
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 3          Date Rcvd: Aug 26, 2020
                             Form ID: 185             Total Noticed: 73


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
db             +Jose F Argueta,    144 Congress Street,    Apartment#1,    Jersey City, NJ 07307-2602
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517468957      +BAC Home Loan Servicing,    PO Box 650070,    Dallas, TX 75265-0070
517468958      +Bank Of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
517468960      +Bank of America,    PO Box 9000,    Getzville, NY 14068-9000
517468959      +Bank of America,    PO Box 17645,    Baltimore, MD 21297-1645
517468961      +Bank of America,    100 N Tyon Street,    Charlotte, NC 28255-0001
517468964      +Bank of America,    PO Box 30770,    Tampa, FL 33630-3770
517468965       Cach Llc,    P0 Box 5980,    Denver, CO 80127
517468980      +Ditech,    PO Box 7169,    Pasadena, CA 91109-7169
517468981      +Ditech Home Loans,    PO Box 8172,    Rapid City, SD 57709-8172
517468983      +Ditech Mortgage,    PO Box 8172,    Rapid City, SD 57709-8172
517468982      +Ditech llc,    PO Box 780,    Waterloo, IA 50704-0780
517468984      +Emigrant Mortgage,    5 E 42nd Street,    New York, NY 10017-6904
517468987      +Fein, Such, Kahn, and Shepard,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
517468988      +Fein, Such, Kahn, and Shepard ESQ,     7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
517468990      +HSBC,    PO Box 17051,    Baltimore, MD 21297-1051
517468989      +HSBC,    PO Box 98706,    Las Vegas, NV 89193-8706
517468991      +HSBC,    P0 Box 80084,    Salinas, CA 93912-0084
517468993      +Midland Funding Co. Inc.,    2365 Northside Drive Ste 30,     San Diego, CA 92108-2709
517468998      +Phelan, Hallinan & Diamond, Jones, PC,     400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
517468999      +Phelan, Hallinan & Schmieg, PC,     400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
517469003      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517469004      +Pressler & Pressler ESQ,    7 Entin Road,    Parsippany, NJ 07054-5020
517469005      +Schachter & Portnoy,    Attorneys At Law,    3490 US Route 1,    Suite 6,
                 Princeton, NJ 08540-5920
517469006      +Schachter & Portnoy ESQ.,    Attorneys At Law,    3490 US Route 1,    Suite 6,
                 Princeton, NJ 08540-5920
517469007      +Schachter & Portnoy PC,    Attorneys At Law,    3490 US Route 1,    Suite 6,
                 Princeton, NJ 08540-5920
518077593      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518077594      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517469021     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit Corporation,     19001 South Western Avenue, TC13,
                 Torrance, CA 90509-2958)
517469016      +Target,    P0 Box 673,    Minneapolis, MN 55440-0673
517469018      +Target,    PO Box 660170,    Dallas, TX 75266-0170
517469020      +Toyota Motor Credit,    P0 Box 9786,    Cedar Rapids, IA 52409-0004
517623689       U.S. Bank National Association, as Trustee ET.AL.,     Wells Fargo Bank, N.A.,
                 Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
517469023      +Wells Fargo Home Loans,    1 Home Campus,    Des Moines, IA 50328-0001
517469026      +Wells Fargo Home Mortgage,    PO Box 11701,    Newark, NJ 07101-4701
517469024      +Wells Fargo Home Mortgage,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
517469025      +Wells Fargo Home Mortgage,    PO Box 10437,    Des Moines, IA 50306-0437
517469028      +Wells Fargo Home Mortgage, Inc.,    PO Box 14471,    Des Moines, IA 50306-3471
517469027      +Wells Fargo Home Mortgage, Inc.,    One Home Campus,    Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 27 2020 00:28:57      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 27 2020 00:28:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 00:32:46
                 Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
517468968      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2020 00:32:25      CACH, LLC,
                 370 17th Street, Suite 5000,    Denver, CO 80202-5616
517625249       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2020 00:32:25      CACH, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
517468975       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2020 00:32:15      Capital One,
                 PO Box 85015,    Richmond, VA 23285-5015
517468967      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2020 00:33:01
                 Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,
                 Denver, CO 80237-3485
517468969      +E-mail/Text: bankruptcy@cavps.com Aug 27 2020 00:29:10      Calvary Investments,
                 500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2321
517468971      +E-mail/Text: bankruptcy@cavps.com Aug 27 2020 00:29:10      Calvary Portfolio Management,
                 PO Box 27288,    Tempe, AZ 85285-7288
```

```
District/off: 0312-2           User: admin              Page 2 of 3              Date Rcvd: Aug 26, 2020
                               Form ID: 185             Total Noticed: 73
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
517468973         +E-mail/Text: bankruptcy@cavps.com Aug 27 2020 00:29:11      Calvary Portfolio Services,
                   Attention:  Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2321
517468972         +E-mail/Text: bankruptcy@cavps.com Aug 27 2020 00:29:10      Calvary Portfolio Services,
                   500 Summit Lake Drive,    PO Box 520,    Valhalla, NY 10595-0520
517468976         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2020 00:32:52      Capital One,
                   PO Box 85147,    Richmond, VA 23276-0001
517468974         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2020 00:31:45      Capital One,
                   PO Box 85617,    Richmond, VA 23285-5617
517472796         +E-mail/Text: bankruptcy@cavps.com Aug 27 2020 00:29:11      Cavalry SPV I, LLC,
                   500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517468978         +E-mail/PDF: creditonebknotifications@resurgent.com Aug 27 2020 00:32:58      Credit One Bank,
                   PO Box 98873,    Las Vegas, NV 89193-8873
517468977         +E-mail/PDF: creditonebknotifications@resurgent.com Aug 27 2020 00:31:48      Credit One Bank,
                   PO Box 80015,    Los Angeles, CA 90080-0015
517468979         +E-mail/PDF: creditonebknotifications@resurgent.com Aug 27 2020 00:31:49      Credit One Bank Na,
                   PO Box 98875,    Las Vegas, NV 89193-8875
517468992         +E-mail/Text: bankruptcydpt@mcmcg.com Aug 27 2020 00:28:56      Midland Funding,
                   2365 Northside Drive,    San Diego, CA 92108-2709
517468995         +E-mail/PDF: cbp@onemainfinancial.com Aug 27 2020 00:31:38      Onemain,    PO Box 790040,
                   Saint Louis, MO 63179-0040
517468996         +E-mail/PDF: cbp@onemainfinancial.com Aug 27 2020 00:31:39      Onemain Financial,
                   6801 Colwell Blvd,    Irving, TX 75039-3198
517468997         +E-mail/PDF: cbp@onemainfinancial.com Aug 27 2020 00:32:07      Onemain Financial,
                   PO Box 183172,    Columbus, OH 43218-3172
517469001          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 00:32:19
                   Portfolio Recovery,    140 Corporate Blvd.,    Norfolk, VA 23502
517469002          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 00:32:19
                   Portfolio Recovery,    140 Corporate Blvd.,    Ste. 1,    Norfolk, VA 23502
517469000          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 00:32:19
                   Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,    Norfolk, VA 23541
517606622          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 00:32:21
                   Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                   Norfolk VA 23541
517470269         +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 00:31:41      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517469012         +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 00:32:46      Synchrony Bank,    PO Box 960013,
                   Orlando, FL 32896-0013
517469008         +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 00:31:41      Synchrony Bank,    PO Box 965005,
                   Orlando, FL 32896-5005
517469010         +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 00:32:46      Synchrony Bank,    Po Box 965015,
                   Orlando, FL 32896-5015
517469013          E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Aug 27 2020 00:32:38      T-Mobile,
                   Bankruptcy,    PO Box 37380,    Albuquerque, NM 87176
517469014          E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Aug 27 2020 00:32:38
                   T-Mobile Bankruptcy Team,    PO Box 53410,    Bellevue, WA 98015
517469015          E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Aug 27 2020 00:32:05      T-Mobile Financial,
                   PO Box 2400,    Young America, MN 55553
517469019          E-mail/Text: bankruptcy@td.com Aug 27 2020 00:28:59      TD Bank,    PO Box 8400,
                   Lewiston, ME 04243
                                                                                              TOTAL: 33

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517468963*        +Bank of America,    PO Box 9000,    Getzville, NY 14068-9000
517468966*         Cach Llc,    PO Box 5980,    Denver, CO 80127
517468970*        +Calvary Investments,    500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2321
517472798*        +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517468985*       ++EMIGRANT BANK,    6 EAST 43RD ST,    10TH FL,    NEW YORK NY 10017-4629
                  (address filed with court: Emigrant Mortgage Company,    5 E 42nd Street,    New York, NY 10017)
517468986*       ++EMIGRANT BANK,    6 EAST 43RD ST,    10TH FL,    NEW YORK NY 10017-4629
                  (address filed with court: Emigrant Mortgage Company,    5 E 42nd Street,    New York, NY 10017)
517468994*        +Midland Funding Company,    2365 Northside Drive Ste 30,    San Diego, CA 92108-2709
517469009*        +Synchrony Bank,    PO Box 965005,    Orlando, FL 32896-5005
517469011*        +Synchrony Bank,    PO Box 965015,    Orlando, FL 32896-5015
517469022*       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                  (address filed with court: Toyota Motor Credit Corporation,    Attn: Asset Protection Department,
                   PO Box 2958,    Torrance, CA 90509-2958)
517632724*         U.S. Bank National Association, as Trustee ET.AL.,    Wells Fargo Bank, N.A.,
                   Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
517468962       ##+Bank of America,    Attn: Bankruptcy,    PO Box 26012,    Greensboro, NC 27420-6012
517469017       ##+Target,    3701 Wayzata Blvd.,    Minneapolis, MN 55416-3440
                                                                                TOTALS: 0, * 11, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2            User: admin              Page 3 of 3             Date Rcvd: Aug 26, 2020
                                Form ID: 185             Total Noticed: 73
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2020 at the address(es) listed below:

              Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT
               SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSAB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES,
               SERIES 2006-4 nj.bkecf@fedphe.com
              Herbert B. Raymond    on behalf of Debtor Jose F Argueta herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicer for, Credit
               Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates,
               Series 2006-4, U.S. Bank National Association, as kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp.,
               CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association,
               as Trustee rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSAB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2006-4 nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7