HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:  JOSE F ARGUETA                                                  Atty:  HERBERT B. RAYMOND, ESQ.
144 CONGRESS STREET                                                        7 GLENWOOD AVENUE
APARTMENT#1                                                                4TH FLOOR SUITE 408
JERSEY CITY,  NJ  07307                                                    EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021**
Chapter 13 Case # 18-17989

## RECEIPTS AS OF 01/15/2021                        (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/04/2018 | $500.00 | 4958897000 | 06/21/2018 | $500.00 | 5006949000 |
| 07/26/2018 | $500.00 | 5096827000 | 08/27/2018 | $500.00 | 5181829000 |
| 09/28/2018 | $500.00 | 5264192000 | 10/26/2018 | $500.00 | 5340091000 |
| 11/27/2018 | $500.00 | 5417572000 | 12/31/2018 | $500.00 | 5499129000 |
| 01/30/2019 | $500.00 | 5578461000 | 03/01/2019 | $500.00 | 5656476000 |
| 04/02/2019 | $500.00 | 5753224000 | 05/02/2019 | $500.00 | 5828492000 |
| 06/20/2019 | $500.00 | 5950896000 | 06/21/2019 | $500.00 | 5952452000 |
| 07/09/2019 | $500.00 | 6002838000 | 08/12/2019 | $500.00 | 6085345000 |
| 09/23/2019 | $500.00 | 6194818000 | 10/15/2019 | $500.00 | 6254547000 |
| 12/02/2019 | $500.00 | 6365933000 | 12/18/2019 | $500.00 | 6413766000 |
| 01/23/2020 | $500.00 | 6500039000 | 02/18/2020 | $500.00 | 6568765000 |
| 03/23/2020 | $500.00 | 6652923000 | 05/04/2020 | $500.00 | 6758468000 |
| 05/21/2020 | $500.00 | 6804518000 | 06/19/2020 | $500.00 | 6876168000 |
| 07/21/2020 | $500.00 | 6952713000 | 08/24/2020 | $500.00 | 7033195000 |
| 09/23/2020 | $500.00 | 7104970000 | 10/19/2020 | $500.00 | 7167317000 |
| 11/16/2020 | $500.00 | 7233611000 | 12/21/2020 | $500.00 | 7322336000 |

**Total Receipts: $16,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $16,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021                (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CACH LLC | | | | | | |
| | 03/16/2020 | $10.32 | 844,539 | 04/20/2020 | $33.04 | 846,484 |
| | 05/18/2020 | $33.03 | 848,443 | 06/15/2020 | $31.38 | 850,122 |
| | 07/20/2020 | $63.59 | 851,878 | 09/21/2020 | $462.50 | 855,538 |
| | 10/19/2020 | $162.50 | 857,450 | 11/16/2020 | $218.89 | 859,245 |
| CAVALRY SPV I LLC | | | | | | |
| | 03/16/2020 | $72.54 | 844,985 | 03/16/2020 | $56.55 | 844,985 |
| | 04/20/2020 | $232.33 | 846,936 | 04/20/2020 | $181.10 | 846,936 |
| | 05/18/2020 | $181.11 | 848,837 | 05/18/2020 | $232.33 | 848,837 |
| | 06/15/2020 | $220.56 | 850,524 | 06/15/2020 | $171.93 | 850,524 |
| | 07/20/2020 | $447.27 | 852,317 | 07/20/2020 | $348.65 | 852,317 |
| | 11/16/2020 | $100.05 | 859,678 | 11/16/2020 | $128.35 | 859,678 |

**Chapter 13 Case # 18-17989**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 12/21/2020 | $487.36 | 861,497 | 12/21/2020 | $379.90 | 861,497 |
| DITECH MORTGAGE | | | | | | |
| | 03/18/2019 | $735.00 | 821,236 | 04/15/2019 | $458.43 | 823,280 |
| | 05/20/2019 | $46.53 | 825,250 | 06/17/2019 | $47.37 | 827,278 |
| | 08/19/2019 | $142.11 | 831,070 | 09/16/2019 | $47.37 | 833,111 |
| | 11/18/2019 | $16.43 | 837,194 | 01/13/2020 | $46.78 | 840,990 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 03/16/2020 | $8.59 | 8,001,443 | 04/20/2020 | $27.53 | 8,001,482 |
| | 05/18/2020 | $27.53 | 8,001,532 | 06/15/2020 | $26.13 | 8,001,591 |
| | 07/20/2020 | $52.99 | 8,001,651 | 11/16/2020 | $15.21 | 8,001,892 |
| | 12/21/2020 | $57.74 | 8,001,947 | | | |
| SPECIALIZED LOAN SERVICING, LLC | | | | | | |
| | 04/15/2019 | $13.07 | 824,100 | 05/20/2019 | $424.97 | 826,123 |
| | 06/17/2019 | $432.63 | 828,074 | 08/19/2019 | $1,297.89 | 831,965 |
| | 09/16/2019 | $432.63 | 833,945 | 11/18/2019 | $150.07 | 838,054 |
| | 01/13/2020 | $427.22 | 841,826 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 908.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,440.00 | 100.00% | 5,440.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | CACH LLC | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | CAVALRY SPV I LLC | UNSECURED | 7,139.27 | 100.00% | 1,820.74 | 5,318.53 |
| 0015 | CAVALRY SPV I LLC | UNSECURED | 5,565.17 | 100.00% | 1,419.29 | 4,145.88 |
| 0016 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | CREDIT ONE BANK NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | DITECH MORTGAGE | MORTGAGE ARRE | 1,540.02 | 100.00% | 1,540.02 | 0.00 |
| 0026 | EMIGRANT MORTGAGE | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | CACH LLC | UNSECURED | 1,015.25 | 100.00% | 1,015.25 | 0.00 |
| 0033 | MIDLAND FUNDING | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0037 | ONEMAIN FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0041 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 845.86 | 100.00% | 215.72 | 630.14 |
| 0051 | SYNCHRONY BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0052 | SYNCHRONY BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0053 | T-MOBILE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0058 | TARGET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0060 | TOYOTA MOTOR CREDIT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0064 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 3,178.48 | 100.00% | 3,178.48 | 0.00 |

**Total Paid: $15,537.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $16,000.00   -   Paid to Claims: $9,189.50   -   Admin Costs Paid: $6,348.00   =   Funds on Hand: $462.50

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.