Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

|  |  |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| JOSE F ARGUETA, | Case No.: 18-17989 RG |
| Debtor |  |

**NOTICE OF RESERVE ON CLAIM**

Creditor:           DITECH MORTGAGE
Trustee Claim #:    23
Court Claim #:      6
Claimed Amount:     $28,000.00
Date Claim Filed:   03/09/2019

Please be advised that a reserve has been placed on the above named claim for the following reason:

- The creditor is not cashing checks issued by the Trustee.  Payments will not resume until a written request is sent by the creditor to the Trustee.  If the creditor has moved, a change of address must also be filed with the Bankruptcy Court.  The Trustee cannot change addresses unless change of address is filed with the Court.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  May 24, 2021

By:  /S/  Marie-Ann Greenberg
     Chapter 13 Standing Trustee

JOSE F ARGUETA
144 CONGRESS STREET
APARTMENT#1
JERSEY CITY, NJ    07307

HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ    07017

DITECH MORTGAGE
1100 VIRGINIA DR STE 100A
FORT WASHINGTON, PA    19034