# RAYMOND & RAYMOND
Attorneys at Law

Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.

7 Glenwood Avenue, 4th Fl., Ste. 408
East Orange, NJ 07017
Telephone (973) 675-5622
Facsimile (408) 519-6711
Email: herbertraymond@gmail.com
Website: www.bankruptcylaw123.com

June 2, 2021

Clerk
U.S. Bankruptcy Court
50 Walnut St., 3rd Floor
Newark, NJ 07102

    Re: Jose F. Argueta, Debtor(s)
    Bk Case No.: 18-17989 RG
    Chapter 13
    Sub Re: Claim Filed for Ditech Mortgage
    Claim No.: Six

To whom it may concern:

    Please accept this letter as withdrawing the claim that I filed on behalf of Ditech Mortgage. The creditor failed to file a claim, so I filed one on its behalf so that plan distributions could be effectuated. The creditor, formerly Ditech and now Shellpoint Mortgage Servicing, has now filed its own claim, filed as claim number seven on the claims register. Therefore, the claim that I filed, docketed as claim number six, on its behalf may be withdrawn and the Trustee should continue to make distributions on this newly filed claim, that is claim number seven. This claims pertains to the second mortgage on property owned by the Debtor located at 144 Congress Avenue, Jersey City, New Jersey.

                Very truly yours,
                /s/ HERBERT B. RAYMOND, ESQ.
                HERBERT B. RAYMOND, ESQ.