Form 185 − ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                            Case No.: 18−17989−RG
                            Chapter: 13
                            Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose F Argueta
   aka Jose F Argueta−Diaz
   144 Congress Street
   Apartment#1
   Jersey City, NJ 07307

Social Security No.:
   xxx−xx−3537

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

    Notice is hereby given that a Plan was confirmed in this matter on February 4, 2021.

    On 9/9/21 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                  October 20, 2021
Time:                08:30 AM
Location:          Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 10, 2021
JAN: lc

Jeanne Naughton
Clerk

Case 18-17989-RG    Doc 137    Filed 09/12/21    Entered 09/13/21 00:13:52    Desc Imaged
Certificate of Notice    Page 2 of 6

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-17989-RG |
| Jose F Argueta | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 10, 2021 | Form ID: 185 | Total Noticed: 75 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose F Argueta, 144 Congress Street, Apartment#1, Jersey City, NJ 07307-2602 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517468957 | + | BAC Home Loan Servicing, PO Box 650070, Dallas, TX 75265-0070 |
| 517468958 | + | Bank Of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 517468960 | + | Bank of America, PO Box 9000, Getzville, NY 14068-9000 |
| 517468959 | + | Bank of America, PO Box 17645, Baltimore, MD 21297-1645 |
| 517468962 | + | Bank of America, Attn: Bankruptcy, PO Box 26012, Greensboro, NC 27420-6012 |
| 517468961 | + | Bank of America, 100 N Tyon Street, Charlotte, NC 28255-0001 |
| 517468964 | + | Bank of America, PO Box 30770, Tampa, FL 33630-3770 |
| 517468965 | | Cach Llc, P0 Box 5980, Denver, CO 80127 |
| 517468980 | + | Ditech, PO Box 7169, Pasadena, CA 91109-7169 |
| 517468981 | + | Ditech Home Loans, PO Box 8172, Rapid City, SD 57709-8172 |
| 517468983 | + | Ditech Mortgage, PO Box 8172, Rapid City, SD 57709-8172 |
| 517468982 | + | Ditech llc, PO Box 780, Waterloo, IA 50704-0780 |
| 517468984 | + | Emigrant Mortgage, 5 E 42nd Street, New York, NY 10017-6904 |
| 517468987 | + | Fein, Such, Kahn, and Shepard, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 517468988 | + | Fein, Such, Kahn, and Shepard ESQ, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 517468990 | + | HSBC, PO Box 17051, Baltimore, MD 21297-1051 |
| 517468989 | + | HSBC, PO Box 98706, Las Vegas, NV 89193-8706 |
| 517468991 | + | HSBC, P0 Box 80084, Salinas, CA 93912-0084 |
| 517468993 | + | Midland Funding Co. Inc., 2365 Northside Drive Ste 30, San Diego, CA 92108-2709 |
| 517468998 | + | Phelan, Hallinan & Diamond, Jones, PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517468999 | + | Phelan, Hallinan & Schmeig, PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517469003 | + | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517469004 | + | Pressler & Pressler ESQ, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517469005 | + | Schachter & Portnoy, Attorneys At Law, 3490 US Route 1, Suite 6, Princeton, NJ 08540-5920 |
| 517469006 | + | Schachter & Portnoy ESQ., Attorneys At Law, 3490 US Route 1, Suite 6, Princeton, NJ 08540-5920 |
| 517469007 | + | Schachter & Portnoy PC, Attorneys At Law, 3490 US Route 1, Suite 6, Princeton, NJ 08540-5920 |
| 519228372 | + | Shellpoint Mortgage Servicing, P. O. Box 19024, Greenville, SC 29602-9024 |
| 518077593 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517469021 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Corporation, 19001 South Western Avenue, TC13, Torrance, CA 90509-2958 |
| 517469017 | + | Target, 3701 Wayzata Blvd., Minneapolis, MN 55416-3440 |
| 517469016 | + | Target, P0 Box 673, Minneapolis, MN 55440-0673 |
| 517469018 | + | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 517469020 | + | Toyota Motor Credit, P0 Box 9786, Cedar Rapids, IA 52409-0004 |
| 517623689 | #+ | U.S. Bank National Association, as Trustee ET.AL., Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road Eagan MN 55121-1663 |
| 517469023 | + | Wells Fargo Home Loans, 1 Home Campus, Des Moines, IA 50328-0001 |
| 517469026 | + | Wells Fargo Home Mortgage, PO Box 11701, Newark, NJ 07101-4701 |
| 517469024 | + | Wells Fargo Home Mortgage, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 517469025 | + | Wells Fargo Home Mortgage, PO Box 10437, Des Moines, IA 50306-0437 |
| 517469028 | + | Wells Fargo Home Mortgage, Inc., PO Box 14471, Des Moines, IA 50306-3471 |
| 517469027 | + | Wells Fargo Home Mortgage, Inc., One Home Campus, Des Moines, IA 50328-0001 |

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 10, 2021 | Form ID: 185 | Total Noticed: 75 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Sep 10 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 10 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Sep 10 2021 20:32:02 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517625249 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2021 20:31:59 | CACH, LLC, c/o Resurgent Capital Services, PO BOX 10675, Greenville, SC 29603-0675 |
| 517468968 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2021 20:32:06 | CACH, LLC, 370 17th Street, Suite 5000, Denver, CO 80202-5616 |
| 517468975 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 10 2021 20:31:57 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 517468967 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2021 20:31:58 | Cach Llc/Square Two Financial, Attention: Bankruptcy, 4340 South Monaco St. 2nd Floor, Denver, CO 80237-3485 |
| 517468969 | + Email/Text: bankruptcy@cavps.com | Sep 10 2021 20:29:00 | Calvary Investments, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 517468971 | + Email/Text: bankruptcy@cavps.com | Sep 10 2021 20:29:00 | Calvary Portfolio Management, PO Box 27288, Tempe, AZ 85285-7288 |
| 517468972 | + Email/Text: bankruptcy@cavps.com | Sep 10 2021 20:29:00 | Calvary Portfolio Services, 500 Summit Lake Drive, PO Box 520, Valhalla, NY 10595-0520 |
| 517468973 | + Email/Text: bankruptcy@cavps.com | Sep 10 2021 20:29:00 | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 517468974 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 10 2021 20:32:09 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 517468976 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 10 2021 20:31:56 | Capital One, PO Box 85147, Richmond, VA 23276-0001 |
| 517472796 | + Email/Text: bankruptcy@cavps.com | Sep 10 2021 20:29:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517468977 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 10 2021 20:32:10 | Credit One Bank, P0 Box 80015, Los Angeles, CA 90080-0015 |
| 517468978 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 10 2021 20:32:11 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517468979 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 10 2021 20:31:58 | Credit One Bank Na, P0 Box 98875, Las Vegas, NV 89193-8875 |
| 517468992 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 10 2021 20:29:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 517468995 | + Email/PDF: cbp@onemainfinancial.com | Sep 10 2021 20:32:02 | Onemain, PO Box 790040, Saint Louis, MO 63179-0040 |
| 517468996 | + Email/PDF: cbp@onemainfinancial.com | Sep 10 2021 20:32:02 | Onemain Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 517468997 | + Email/PDF: cbp@onemainfinancial.com | Sep 10 2021 20:32:02 | Onemain Financial, PO Box 183172, Columbus, OH 43218-3172 |
| 517469001 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 10 2021 20:31:57 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |

Case 18-17989-RG  Doc 137  Filed 09/12/21  Entered 09/13/21 00:13:52  Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 10, 2021 | Form ID: 185 | Total Noticed: 75 |

| 517469002 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2021 20:31:57 | Portfolio Recovery, 140 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
|---|---|---|---|
| 517469000 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2021 20:32:04 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 517606622 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2021 20:31:58 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517469008 | + | Email/PDF: gecsedi@recoverycorp.com Sep 10 2021 20:32:02 | Synchrony Bank, P0 Box 965005, Orlando, FL 32896-5005 |
| 517469012 | + | Email/PDF: gecsedi@recoverycorp.com Sep 10 2021 20:31:56 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 517469010 | + | Email/PDF: gecsedi@recoverycorp.com Sep 10 2021 20:32:03 | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 517470269 | + | Email/PDF: gecsedi@recoverycorp.com Sep 10 2021 20:32:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517469013 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com Sep 10 2021 20:31:55 | T-Mobile, Bankruptcy, PO Box 37380, Albuquerque, NM 87176 |
| 517469014 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com Sep 10 2021 20:31:55 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 517469015 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com Sep 10 2021 20:32:00 | T-Mobile Financial, P0 Box 2400, Young America, MN 55553 |
| 517469019 | | Email/Text: bankruptcy@td.com Sep 10 2021 20:29:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517468963 | *+ | Bank of America, PO Box 9000, Getzville, NY 14068-9000 |
| 517468966 | * | Cach Llc, P0 Box 5980, Denver, CO 80127 |
| 517468970 | *+ | Calvary Investments, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 517472798 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517468985 | *P++ | EMIGRANT BANK, 6 EAST 43RD ST, 10TH FL, NEW YORK NY 10017-4629, address filed with court:, Emigrant Mortgage Company, 5 E 42nd Street, New York, NY 10017 |
| 517468986 | *P++ | EMIGRANT BANK, 6 EAST 43RD ST, 10TH FL, NEW YORK NY 10017-4629, address filed with court:, Emigrant Mortgage Company, 5 E 42nd Street, New York, NY 10017 |
| 517468994 | *+ | Midland Funding Company, 2365 Northside Drive Ste 30, San Diego, CA 92108-2709 |
| 518077594 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517469009 | *+ | Synchrony Bank, P0 Box 965005, Orlando, FL 32896-5005 |
| 517469011 | *+ | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 517469022 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Corporation, Attn: Asset Protection Department, PO Box 2958, Torrance, CA 90509-2958 |
| 517632724 | *+ | U.S. Bank National Association, as Trustee ET.AL., Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Herbert B. Raymond | on behalf of Debtor Jose F Argueta herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Specialized Loan Servicing LLC as Servicer for, Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp. CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5