UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4^(TH) Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

Order Filed on October 4, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOSE ARGUETA, DEBTOR(S)

Case No.: 18-17989 (RG)

Adv. No.:

Hearing Date:

Judge: ROSEMARY GAMBARDELLA

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: October 4, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtor: Jose Argueta,  Debtor(s)

Case no.  18-17989 (RG)

Caption of order: Order Granting Supplemental Counsel Fees
_____

   The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

   ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$600.00** for services rendered and expenses in the amount **$0.00**   for a total of **$600.00**.  The allowance shall be payable

   ___XXXX___   through the Chapter 13 plan as an administrative priority.

   _____   outside the plan.

   This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.