Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18–17989–RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose F Argueta
   aka Jose F Argueta–Diaz
   144 Congress Street
   Apartment#1
   Jersey City, NJ 07307

Social Security No.:
   xxx–xx–3537

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/1/22 at 10:00 AM

to consider and act upon the following:

*149* – Certification in Opposition to (related document:147 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie–Ann Greenberg. Objection deadline is 4/25/2022. (Attachments: # 1 SELL/REFIN DEFAULT–Proposed Dismissal Order) filed by Trustee Marie–Ann Greenberg) filed by Herbert B. Raymond on behalf of Jose F Argueta. (Raymond, Herbert)

Dated: 4/25/22

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court