Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−17989−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose F Argueta
   aka Jose F Argueta−Diaz
   144 Congress Street
   Apartment#1
   Jersey City, NJ 07307

Social Security No.:
   xxx−xx−3537

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 25, 2021.

On 06/06/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:  July 20, 2022
Time:  08:30 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 7, 2022
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-17989-RG |
| Jose F Argueta | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 07, 2022 | Form ID: 185 | Total Noticed: 74 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose F Argueta, 144 Congress Street, Apartment#1, Jersey City, NJ 07307-2602 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517468965 | | Cach Llc, P0 Box 5980, Denver, CO 80127 |
| 517468980 | + | Ditech, PO Box 7169, Pasadena, CA 91109-7169 |
| 517468981 | + | Ditech Home Loans, PO Box 8172, Rapid City, SD 57709-8172 |
| 517468983 | + | Ditech Mortgage, PO Box 8172, Rapid City, SD 57709-8172 |
| 517468982 | + | Ditech llc, PO Box 780, Waterloo, IA 50704-0780 |
| 517468984 | + | Emigrant Mortgage, 5 E 42nd Street, New York, NY 10017-6904 |
| 517468988 | + | Fein, Such, Kahn, and Shepard ESQ, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 517468998 | + | Phelan, Hallinan & Diamond, Jones, PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517468999 | + | Phelan, Hallinan & Schmeig, PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517469023 | + | Wells Fargo Home Loans, 1 Home Campus, Des Moines, IA 50328-0001 |
| 517469026 | + | Wells Fargo Home Mortgage, PO Box 11701, Newark, NJ 07101-4701 |
| 517469024 | + | Wells Fargo Home Mortgage, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 517469025 | + | Wells Fargo Home Mortgage, PO Box 10437, Des Moines, IA 50306-0437 |
| 517469028 | + | Wells Fargo Home Mortgage, Inc., PO Box 14471, Des Moines, IA 50306-3471 |
| 517469027 | + | Wells Fargo Home Mortgage, Inc., One Home Campus, Des Moines, IA 50328-0001 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 07 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 07 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 07 2022 20:43:35 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517468957 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 07 2022 20:40:00 | BAC Home Loan Servicing, PO Box 650070, Dallas, TX 75265-0070 |
| 517468958 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 07 2022 20:40:00 | Bank Of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 517468960 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 07 2022 20:41:00 | Bank of America, PO Box 9000, Getzville, NY 14068-9000 |
| 517468961 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 07 2022 20:41:00 | Bank of America, 100 N Tyon Street, Charlotte, NC 28255-0001 |

Case 18-17989-RG    Doc 157    Filed 06/09/22    Entered 06/10/22 00:11:09    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Jun 07, 2022 | Form ID: 185 | Total Noticed: 74 |

| | | | |
| --- | --- | --- | --- |
| 517468962 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jun 07 2022 20:40:00 | Bank of America, Attn: Bankruptcy, PO Box 26012, Greensboro, NC 27420-6012 |
| 517468964 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jun 07 2022 20:40:00 | Bank of America, PO Box 30770, Tampa, FL 33630-3770 |
| 517468959 | + Email/Text: mortgagebkcorrespondence@bofa.com | Jun 07 2022 20:41:00 | Bank of America, PO Box 17645, Baltimore, MD 21297-1645 |
| 517625249 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2022 20:54:03 | CACH, LLC, c/o Resurgent Capital Services, PO BOX 10675, Greenville, SC 29603-0675 |
| 517468968 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2022 20:54:04 | CACH, LLC, 370 17th Street, Suite 5000, Denver, CO 80202-5616 |
| 517468975 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 07 2022 20:43:16 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 517468967 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2022 20:43:49 | Cach Llc/Square Two Financial, Attention: Bankruptcy, 4340 South Monaco St. 2nd Floor, Denver, CO 80237-3485 |
| 517468969 | + Email/Text: bankruptcy@cavps.com | Jun 07 2022 20:41:00 | Calvary Investments, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 517468971 | + Email/Text: bankruptcy@cavps.com | Jun 07 2022 20:41:00 | Calvary Portfolio Management, PO Box 27288, Tempe, AZ 85285-7288 |
| 517468972 | + Email/Text: bankruptcy@cavps.com | Jun 07 2022 20:41:00 | Calvary Portfolio Services, 500 Summit Lake Drive, PO Box 520, Valhalla, NY 10595-0520 |
| 517468973 | + Email/Text: bankruptcy@cavps.com | Jun 07 2022 20:41:00 | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 517468974 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 07 2022 20:43:34 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 517468976 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 07 2022 20:43:47 | Capital One, PO Box 85147, Richmond, VA 23276-0001 |
| 517472796 | + Email/Text: bankruptcy@cavps.com | Jun 07 2022 20:41:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517468977 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 07 2022 20:43:37 | Credit One Bank, P0 Box 80015, Los Angeles, CA 90080-0015 |
| 517468978 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 07 2022 20:54:03 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517468979 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 07 2022 20:43:20 | Credit One Bank Na, P0 Box 98875, Las Vegas, NV 89193-8875 |
| 517468987 | + Email/Text: ecourts.col_efilings@fskslaw.com | Jun 07 2022 20:41:00 | Fein, Such, Kahn, and Shepard, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 517468991 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 07 2022 20:41:00 | HSBC, P0 Box 80084, Salinas, CA 93912-0084 |
| 517468989 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 07 2022 20:41:00 | HSBC, PO Box 98706, Las Vegas, NV 89193-8706 |
| 517468990 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 07 2022 20:41:00 | HSBC, PO Box 17051, Baltimore, MD 21297-1051 |
| 517468992 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 07 2022 20:41:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 517468995 | + Email/PDF: cbp@onemainfinancial.com | Jun 07 2022 20:43:47 | Onemain, PO Box 790040, Saint Louis, MO 63179-0040 |
| 517468996 | + Email/PDF: cbp@onemainfinancial.com | Jun 07 2022 20:43:12 | Onemain Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 517468997 | + Email/PDF: cbp@onemainfinancial.com | Jun 07 2022 20:43:33 | Onemain Financial, PO Box 183172, Columbus, |

Case 18-17989-RG    Doc 157    Filed 06/09/22    Entered 06/10/22 00:11:09    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 07, 2022 | Form ID: 185 | Total Noticed: 74 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | OH 43218-3172 |
| 517469001 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2022 20:43:40 | | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 517469002 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2022 20:54:03 | | Portfolio Recovery, 140 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 517469000 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2022 20:54:03 | | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 517606622 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2022 20:43:49 | | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517469005 | | Email/Text: bk-notification@sps-law.com | Jun 07 2022 20:41:00 | Schachter & Portnoy, Attorneys At Law, 3490 US Route 1, Suite 6, Princeton, NJ 08540 |
| 517469006 | | Email/Text: bk-notification@sps-law.com | Jun 07 2022 20:41:00 | Schachter & Portnoy ESQ., Attorneys At Law, 3490 US Route 1, Suite 6, Princeton, NJ 08540 |
| 517469003 | | Email/Text: signed.order@pfwattorneys.com | Jun 07 2022 20:41:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 517469004 | | Email/Text: signed.order@pfwattorneys.com | Jun 07 2022 20:41:00 | Pressler & Pressler ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 517469007 | + | Email/Text: bk-notification@sps-law.com | Jun 07 2022 20:41:00 | Schachter & Portnoy PC, Attorneys At Law, 3490 US Route 1, Suite 6, Princeton, NJ 08540-5920 |
| 519228372 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 07 2022 20:41:00 | Shellpoint Mortgage Servicing, P. O. Box 19024, Greenville, SC 29602-9024 |
| 518077593 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Jun 07 2022 20:41:00 | | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517469008 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 07 2022 20:43:18 | Synchrony Bank, P0 Box 965005, Orlando, FL 32896-5005 |
| 517469012 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 07 2022 20:43:32 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 517469010 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 07 2022 20:43:47 | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 517470269 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 07 2022 20:43:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517469013 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jun 07 2022 20:43:12 | T-Mobile, Bankruptcy, PO Box 37380, Albuquerque, NM 87176 |
| 517469014 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jun 07 2022 20:43:11 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 517469015 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jun 07 2022 20:43:46 | T-Mobile Financial, P0 Box 2400, Young America, MN 55553 |
| 517469019 | | Email/Text: bankruptcy@td.com | Jun 07 2022 20:41:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 517469021 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 07 2022 20:41:00 | Toyota Motor Credit Corporation, 19001 South Western Avenue, TC13, Torrance, CA 90509-2958 |
| 517469022 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 07 2022 20:41:00 | Toyota Motor Credit Corporation, Attn: Asset Protection Department, PO Box 2958, Torrance, CA 90509-2958 |
| 517469016 | + | Email/Text: bncmail@w-legal.com | Jun 07 2022 20:41:00 | Target, P0 Box 673, Minneapolis, MN 55440-0673 |
| 517469017 | + | Email/Text: bncmail@w-legal.com | Jun 07 2022 20:41:00 | Target, 3701 Wayzata Blvd., Minneapolis, MN 55416-3440 |
| 517469018 | + | Email/Text: bncmail@w-legal.com | Jun 07 2022 20:41:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 517469020 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 07 2022 20:41:00 | Toyota Motor Credit, P0 Box 9786, Cedar Rapids, IA 52409-0004 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517468963 | *+ | Bank of America, PO Box 9000, Getzville, NY 14068-9000 |
| 517468966 | * | Cach Llc, P0 Box 5980, Denver, CO 80127 |
| 517468970 | *+ | Calvary Investments, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 517472798 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517468985 | *P++ | EMIGRANT BANK, 6 EAST 43RD ST, 10TH FL, NEW YORK NY 10017-4629, address filed with court:, Emigrant Mortgage Company, 5 E 42nd Street, New York, NY 10017 |
| 517468986 | *P++ | EMIGRANT BANK, 6 EAST 43RD ST, 10TH FL, NEW YORK NY 10017-4629, address filed with court:, Emigrant Mortgage Company, 5 E 42nd Street, New York, NY 10017 |
| 517468994 | *+ | Midland Funding Company, 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 518077594 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517469009 | *+ | Synchrony Bank, P0 Box 965005, Orlando, FL 32896-5005 |
| 517469011 | *+ | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 517632724 | *+ | U.S. Bank National Association, as Trustee ET.AL., Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 517468993 | ##+ | Midland Funding Co. Inc., 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 517623689 | ##+ | U.S. Bank National Association, as Trustee ET.AL., Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 0 Undeliverable, 11 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Herbert B. Raymond | on behalf of Debtor Jose F Argueta herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Specialized Loan Servicing LLC as Servicer for, Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp. CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5