UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Raymond and Raymond**
**Attorneys at Law**
**7 Glenwood Avenue, 4TH Floor**
**East Orange, New Jersey 07017**
**Telephone: (973) 675-5622**
**Telefax: (408) 519-6711**
**Email: herbertraymond@gmail.com**
**Herbert B. Raymond, Esq.**
**Jeffrey M. Raymond, Esq.**
**Kevin DeLyon, Esq.**
**Attorneys for the Debtor(s)**

Order Filed on September 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOSE F. ARGUETA, DEBTOR(S)

Case No.: 18-17989 RG

Adv. No.:

Hearing Date: 9/7/2022 @ 10:00 A.M.

Judge: ROSEMARY GAMBARDELLA

ORDER FOR AUTHORITY TO OBTAIN CREDIT AND/OR
APPROVING REFINANCE OF REAL PROPERTY

    The relief set forth on the following pages two (2) through three (3), is hereby **ORDERED** as follows:

**DATED: September 8, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor: Jose R. Argueta, Debtor(s)
Case no.: 18-17989 RG
Caption of order: Order For Authority to Obtain Credit and/or to Approve Refinance of Real Property

_____

1. The Debtor, Jose R. Argueta, be and is hereby allowed to enter into and incur new debt for the purpose of obtaining financing, in the form of an new FHA thirty year fixed rate mortgage, in the amount of $485,347 at 4.25%, consistent with the loan estimate and underwriting decision attached as an Exhibit, with Paramount Residential Mortgage Group, lender, pertaining to real property located at 144 Congress Street, Jersey City, New Jersey, 07307. This loan is to be used for the purpose of paying off and satisfying the mortgages against the property, held by Specialized Loan Servicing and Shellpoint Mortgage.

    a. The sum of $14,000, if available, of the refinancing proceeds, are to be remitted and made payable to Raymond & Raymond, Esqs., Attorney Trust Account, to be applied to plan obligations, providing for complete payment of all claims.

        i. If sufficient funds or funds are not available to address plan obligations, then the Debtor must file a modified plan and amended income and expense schedules, if applicable, within a period of thirty (30) days of completion of the refinance transaction, otherwise, the Trustee may submit a default certification to the Court.

    b. The Debtor is authorized to use refinance proceeds, if appropriate, to address the judgment lien against the real property held by Midland Funding, LLC (DJ-017469-11; DC-013394-10)

Page 3

Debtor: Jose R. Argueta, Debtor(s)

Case no.: 18-17989 RG

Caption of order: Order For Authority to Obtain Credit and/or Approving Refinance of Real Property

_____

2. That this post-confirmation, post-petition extension of credit, for the purpose, of obtaining financing to satisfy mortgages against the real property (refinance) and address plan obligations, if applicable, be and is hereby considered necessary and appropriate for the Debtor's performance under the plan and that the extension of credit, in the form of a refinance, be and is hereby approved pursuant to Section 1305 of the Code.

3. That the refinance transaction must be completed within 120 days of entry of this order or the Trustee may submit a default certification, requesting dismissal of the case.