| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Raymond & Raymond, Esqs., Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond, Esq.; Jeffrey M. Raymond, Esq., Kevin DeLyon, Esq.<br>Attorneys for the Debtor(s) | Case No.:  18-17989 RG<br><br>Chapter:  13 |
| In Re:<br><br>JOSE ARGUETA, DEBTOR | Adv. No.:<br><br>Hearing Date:  9/7/2022 @ 10:00 A.M.<br><br>Judge:  GAMBARDELLA |

## CERTIFICATION OF SERVICE

1. I, _KENNETH RAYMOND :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for RAYMOND& RAYMOND, ESQS., HERBERT B. RAYMOND, ESQ. (RECORD COUNSEL)_, who represents the DEBTOR_ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On SEPTEMBER 9, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Order For Authority to Obtain Credit and/or Refinance Real Property

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  SEPTEMBER 9, 2022                    /S/ KENNETH RAYMOND_
                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Esq.<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd.<br>Fairfield, N.J. 07004 | CHAPTER 13 TRUSTEE | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| Specialized Loan Servicing, LLC<br>6200 S. Quebec Street<br>Greenwood Village, CO 80111<br>Attn: Officer, Managing or General Agent or Any Other Agent Authorized By Appointment or By Law to Receive Service of Process<br>Attn: Toby Wells | CREDITOR, FIRST MORTGAGE | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| Shellpoint Mortgage Servicing, LLC<br>55 Beattie Place Suite 100<br>Greenville, SC 29601<br>Attn: Officer, Managing or General Agent or Any Other Agent Authorized By Appointment or By Law to Receive Service of Process<br>Attn: Bruce Williams, Ceo | CREDITOR, SECOND MORTGAGE | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |

1
2  UNITED STATES BANKRUPTCY COURT
   DISTRICT OF NEW JERSEY
3
   Raymond and Raymond
   Attorneys at Law
4  7 Glenwood Avenue, 4ᵀᴴ Floor
   East Orange, New Jersey 07017
5  Telephone: (973) 675-5622
   Telefax: (408) 519-6711
6  Email: herbertraymond@gmail.com
   Herbert B. Raymond, Esq.
7  Jeffrey M. Raymond, Esq.
   Kevin DeLyon, Esq.
8  Attorneys for the Debtor(s)

Order Filed on September 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

9  In Re:                                    Case No.: 18-17989 RG

10     JOSE F. ARGUETA, DEBTOR(S)             Adv. No.:

11                                            Hearing Date: 9/7/2022 @ 10:00 A.M.

12                                            Judge: ROSEMARY GAMBARDELLA

13

14          ORDER FOR AUTHORITY TO OBTAIN CREDIT AND/OR
                APPROVING REFINANCE OF REAL PROPERTY
15

16      The relief set forth on the following pages two (2) through three (3),
   is hereby **ORDERED** as follows:
17

18

19

20

21

22

23 DATED: September 8, 2022

24                                          _____
                                            Honorable Rosemary Gambardella
25                                          United States Bankruptcy Judge

26

27

28

Page 2
Debtor: Jose R. Argueta, Debtor(s)
Case no.: 18-17989 RG
Caption of order: Order For Authority to Obtain Credit and/or to Approve Refinance of Real Property

1. The Debtor, Jose R. Argueta, be and is hereby allowed to enter into and incur new debt for the purpose of obtaining financing, in the form of an new FHA thirty year fixed rate mortgage, in the amount of $485,347 at 4.25%, consistent with the loan estimate and underwriting decision attached as an Exhibit, with Paramount Residential Mortgage Group, lender, pertaining to real property located at 144 Congress Street, Jersey City, New Jersey, 07307. This loan is to be used for the purpose of paying off and satisfying the mortgages against the property, held by Specialized Loan Servicing and Shellpoint Mortgage.

    a. The sum of $14,000, if available, of the refinancing proceeds, are to be remitted and made payable to Raymond & Raymond, Esqs., Attorney Trust Account, to be applied to plan obligations, providing for complete payment of all claims.

        i. If sufficient funds or funds are not available to address plan obligations, then the Debtor must file a modified plan and amended income and expense schedules, if applicable, within a period of thirty (30) days of completion of the refinance transaction, otherwise, the Trustee may submit a default certification to the Court.

    b. The Debtor is authorized to use refinance proceeds, if appropriate, to address the judgment lien against the real property held by Midland Funding, LLC (DJ-017469-11; DC-013394-10)

Page 3

Debtor: Jose R. Argueta, Debtor(s)

Case no.: 18-17989 RG

Caption of order: Order For Authority to Obtain Credit and/or Approving Refinance of Real Property

_____

2. That this post-confirmation, post-petition extension of credit, for the purpose, of obtaining financing to satisfy mortgages against the real property (refinance) and address plan obligations, if applicable, be and is hereby considered necessary and appropriate for the Debtor's performance under the plan and that the extension of credit, in the form of a refinance, be and is hereby approved pursuant to Section 1305 of the Code.

3. That the refinance transaction must be completed within 120 days of entry of this order or the Trustee may submit a default certification, requesting dismissal of the case.