Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−17989−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose F Argueta
   aka Jose F Argueta−Diaz
   144 Congress Street
   Apartment#1
   Jersey City, NJ 07307

Social Security No.:
   xxx−xx−3537

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 8, 2022.

On 12/23/22 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                February 1, 2023
Time:                 08:30 AM
Location:             Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: December 27, 2022
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jose F Argueta  
Debtor

Case No. 18-17989-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 5  
Date Rcvd: Dec 27, 2022  Form ID: 185  Total Noticed: 74

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose F Argueta, 144 Congress Street, Apartment#1, Jersey City, NJ 07307-2602 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517468965 | | Cach Llc, P0 Box 5980, Denver, CO 80127 |
| 517468980 | + | Ditech, PO Box 7169, Pasadena, CA 91109-7169 |
| 517468981 | + | Ditech Home Loans, PO Box 8172, Rapid City, SD 57709-8172 |
| 517468983 | + | Ditech Mortgage, PO Box 8172, Rapid City, SD 57709-8172 |
| 517468982 | + | Ditech llc, PO Box 780, Waterloo, IA 50704-0780 |
| 517468984 | + | Emigrant Mortgage, 5 E 42nd Street, New York, NY 10017-6904 |
| 517468988 | + | Fein, Such, Kahn, and Shepard ESQ, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 517468998 | + | Phelan, Hallinan & Diamond, Jones, PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517468999 | + | Phelan, Hallinan & Schmeig, PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517469026 | + | Wells Fargo Home Mortgage, PO Box 11701, Newark, NJ 07101-4701 |
| 517469025 | + | Wells Fargo Home Mortgage, PO Box 10437, Des Moines, IA 50306-0437 |
| 517469028 | + | Wells Fargo Home Mortgage, Inc., PO Box 14471, Des Moines, IA 50306-3471 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 27 2022 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 27 2022 21:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 27 2022 21:56:28 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517468957 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 27 2022 21:45:00 | BAC Home Loan Servicing, PO Box 650070, Dallas, TX 75265-0070 |
| 517468958 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 27 2022 21:45:00 | Bank Of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 517468960 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 27 2022 21:45:00 | Bank of America, PO Box 9000, Getzville, NY 14068-9000 |
| 517468961 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 27 2022 21:45:00 | Bank of America, 100 N Tyon Street, Charlotte, NC 28255-0001 |
| 517468962 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 27 2022 21:45:00 | Bank of America, Attn: Bankruptcy, PO Box 26012, Greensboro, NC 27420-6012 |
| 517468964 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |

| Notice ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 27 2022 21:45:00 | Bank of America, PO Box 30770, Tampa, FL 33630-3770 |
| 517468959 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 27 2022 21:45:00 | Bank of America, PO Box 17645, Baltimore, MD 21297-1645 |
| 517625249 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2022 21:56:31 | CACH, LLC, c/o Resurgent Capital Services, PO BOX 10675, Greenville, SC 29603-0675 |
| 517468968 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2022 21:56:31 | CACH, LLC, 370 17th Street, Suite 5000, Denver, CO 80202-5616 |
| 517468975 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2022 21:56:48 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 517468967 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2022 21:56:41 | Cach Llc/Square Two Financial, Attention: Bankruptcy, 4340 South Monaco St. 2nd Floor, Denver, CO 80237-3485 |
| 517468969 | + | Email/Text: bankruptcy@cavps.com | Dec 27 2022 21:46:00 | Calvary Investments, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 517468971 | + | Email/Text: bankruptcy@cavps.com | Dec 27 2022 21:46:00 | Calvary Portfolio Management, PO Box 27288, Tempe, AZ 85285-7288 |
| 517468972 | + | Email/Text: bankruptcy@cavps.com | Dec 27 2022 21:46:00 | Calvary Portfolio Services, 500 Summit Lake Drive, PO Box 520, Valhalla, NY 10595-0520 |
| 517468973 | + | Email/Text: bankruptcy@cavps.com | Dec 27 2022 21:46:00 | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 517468974 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2022 21:56:28 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 517468976 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2022 21:56:28 | Capital One, PO Box 85147, Richmond, VA 23276-0001 |
| 517472796 | + | Email/Text: bankruptcy@cavps.com | Dec 27 2022 21:46:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517468977 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 27 2022 21:56:31 | Credit One Bank, P0 Box 80015, Los Angeles, CA 90080-0015 |
| 517468978 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 27 2022 21:56:30 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517468979 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 27 2022 21:56:40 | Credit One Bank Na, P0 Box 98875, Las Vegas, NV 89193-8875 |
| 517468987 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Dec 27 2022 21:45:00 | Fein, Such, Kahn, and Shepard, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 517468991 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 27 2022 21:45:00 | HSBC, P0 Box 80084, Salinas, CA 93912-0084 |
| 517468989 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 27 2022 21:45:00 | HSBC, PO Box 98706, Las Vegas, NV 89193-8706 |
| 517468990 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 27 2022 21:45:00 | HSBC, PO Box 17051, Baltimore, MD 21297-1051 |
| 517468992 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2022 21:45:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 517468995 | + | Email/PDF: cbp@onemainfinancial.com | Dec 27 2022 21:56:39 | Onemain, PO Box 790040, Saint Louis, MO 63179-0040 |
| 517468996 | + | Email/PDF: cbp@onemainfinancial.com | Dec 27 2022 21:56:40 | Onemain Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 517468997 | + | Email/PDF: cbp@onemainfinancial.com | Dec 27 2022 21:56:39 | Onemain Financial, PO Box 183172, Columbus, OH 43218-3172 |
| 517469001 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2022 21:56:50 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517469002 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 27 2022 21:56:50 | | Portfolio Recovery, 140 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 517469000 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 27 2022 21:56:50 | | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 517606622 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 27 2022 21:56:40 | | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517469005 | | Email/Text: bk-notification@sps-law.com | Dec 27 2022 21:45:00 | Schachter & Portnoy, Attorneys At Law, 3490 US Route 1, Suite 6, Princeton, NJ 08540 |
| 517469006 | | Email/Text: bk-notification@sps-law.com | Dec 27 2022 21:45:00 | Schachter & Portnoy ESQ., Attorneys At Law, 3490 US Route 1, Suite 6, Princeton, NJ 08540 |
| 517469003 | | Email/Text: signed.order@pfwattorneys.com | Dec 27 2022 21:45:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 517469004 | | Email/Text: signed.order@pfwattorneys.com | Dec 27 2022 21:45:00 | Pressler & Pressler ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 517469007 | + | Email/Text: bk-notification@sps-law.com | Dec 27 2022 21:45:00 | Schachter & Portnoy PC, Attorneys At Law, 3490 US Route 1, Suite 6, Princeton, NJ 08540-5920 |
| 519228372 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 27 2022 21:45:00 | Shellpoint Mortgage Servicing, P. O. Box 19024, Greenville, SC 29602-9024 |
| 518077593 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Dec 27 2022 21:45:00 | | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517469008 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 27 2022 21:56:48 | Synchrony Bank, P0 Box 965005, Orlando, FL 32896-5005 |
| 517469012 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 27 2022 21:56:28 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 517469010 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 27 2022 21:56:39 | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 517470269 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 27 2022 21:56:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517469013 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Dec 27 2022 21:56:30 | T-Mobile, Bankruptcy, PO Box 37380, Albuquerque, NM 87176 |
| 517469014 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Dec 27 2022 21:56:38 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 517469015 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Dec 27 2022 21:56:47 | T-Mobile Financial, P0 Box 2400, Young America, MN 55553 |
| 517469019 | | Email/Text: bankruptcy@td.com | Dec 27 2022 21:46:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 517469021 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 27 2022 21:45:00 | Toyota Motor Credit Corporation, 19001 South Western Avenue, TC13, Torrance, CA 90509-2958 |
| 517469022 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 27 2022 21:45:00 | Toyota Motor Credit Corporation, Attn: Asset Protection Department, PO Box 2958, Torrance, CA 90509-2958 |
| 517469016 | + | Email/Text: bncmail@w-legal.com | Dec 27 2022 21:45:00 | Target, P0 Box 673, Minneapolis, MN 55440-0673 |
| 517469017 | + | Email/Text: bncmail@w-legal.com | Dec 27 2022 21:45:00 | Target, 3701 Wayzata Blvd., Minneapolis, MN 55416-3440 |
| 517469018 | + | Email/Text: bncmail@w-legal.com | Dec 27 2022 21:45:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 517469020 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 27 2022 21:45:00 | Toyota Motor Credit, P0 Box 9786, Cedar Rapids, IA 52409-0004 |
| 517469023 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 27 2022 21:56:39 | Wells Fargo Home Loans, 1 Home Campus, Des Moines, IA 50328-0001 |
| 517469024 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 27, 2022 | Form ID: 185 | Total Noticed: 74 |

| | | | Dec 27 2022 21:56:40 | Wells Fargo Home Mortgage, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
|---|---|---|---|---|
| 517469027 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 27 2022 21:56:30 | Wells Fargo Home Mortgage, Inc., One Home Campus, Des Moines, IA 50328-0001 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517468963 | *+ | Bank of America, PO Box 9000, Getzville, NY 14068-9000 |
| 517468966 | * | Cach Llc, P0 Box 5980, Denver, CO 80127 |
| 517468970 | *+ | Calvary Investments, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 517472798 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517468985 | *P++ | EMIGRANT BANK, 6 EAST 43RD ST, 10TH FL, NEW YORK NY 10017-4629, address filed with court:, Emigrant Mortgage Company, 5 E 42nd Street, New York, NY 10017 |
| 517468986 | *P++ | EMIGRANT BANK, 6 EAST 43RD ST, 10TH FL, NEW YORK NY 10017-4629, address filed with court:, Emigrant Mortgage Company, 5 E 42nd Street, New York, NY 10017 |
| 517468994 | *+ | Midland Funding Company, 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 518077594 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517469009 | *+ | Synchrony Bank, P0 Box 965005, Orlando, FL 32896-5005 |
| 517469011 | *+ | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 517632724 | *+ | U.S. Bank National Association, as Trustee ET.AL., Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 517468993 | ##+ | Midland Funding Co. Inc., 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 517623689 | ##+ | U.S. Bank National Association, as Trustee ET.AL., Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 0 Undeliverable, 11 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2022  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp. CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Jose F Argueta herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Specialized Loan Servicing LLC as Servicer for, Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Dec 27, 2022 | Form ID: 185 | Total Noticed: 74 |

Marie-Ann Greenberg  
    magecf@magtrustee.com

U.S. Trustee  
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5