HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:  JOSE F ARGUETA
144 CONGRESS STREET
APARTMENT#1
JERSEY CITY,  NJ  07307

Atty:  HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 18-17989

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/04/2018 | $500.00 | 4958897000 | 06/21/2018 | $500.00 | 5006949000 |
| 07/26/2018 | $500.00 | 5096827000 | 08/27/2018 | $500.00 | 5181829000 |
| 09/28/2018 | $500.00 | 5264192000 | 10/26/2018 | $500.00 | 5340091000 |
| 11/27/2018 | $500.00 | 5417572000 | 12/31/2018 | $500.00 | 5499129000 |
| 01/30/2019 | $500.00 | 5578461000 | 03/01/2019 | $500.00 | 5656476000 |
| 04/02/2019 | $500.00 | 5753224000 | 05/02/2019 | $500.00 | 5828492000 |
| 06/20/2019 | $500.00 | 5950896000 | 06/21/2019 | $500.00 | 5952452000 |
| 07/09/2019 | $500.00 | 6002838000 | 08/12/2019 | $500.00 | 6085345000 |
| 09/23/2019 | $500.00 | 6194818000 | 10/15/2019 | $500.00 | 6254547000 |
| 12/02/2019 | $500.00 | 6365933000 | 12/18/2019 | $500.00 | 6413766000 |
| 01/23/2020 | $500.00 | 6500039000 | 02/18/2020 | $500.00 | 6568765000 |
| 03/23/2020 | $500.00 | 6652923000 | 05/04/2020 | $500.00 | 6758468000 |
| 05/21/2020 | $500.00 | 6804518000 | 06/19/2020 | $500.00 | 6876168000 |
| 07/21/2020 | $500.00 | 6952713000 | 08/24/2020 | $500.00 | 7033195000 |
| 09/23/2020 | $500.00 | 7104970000 | 10/19/2020 | $500.00 | 7167317000 |
| 11/16/2020 | $500.00 | 7233611000 | 12/21/2020 | $500.00 | 7322336000 |
| 02/01/2021 | $500.00 | 7414751000 | 03/01/2021 | $500.00 | 7483114000 |
| 03/26/2021 | $500.00 | 7551333000 | 04/26/2021 | $500.00 | 7620083000 |
| 06/02/2021 | $500.00 | 7707224000 | 07/01/2021 | $500.00 | 7777596000 |
| 08/02/2021 | $500.00 | 7852332000 | 08/30/2021 | $500.00 | 7910468000 |
| 10/04/2021 | $500.00 | 7987016000 | 11/02/2021 | $500.00 | 8054941000 |
| 11/30/2021 | $500.00 | 8111122000 | 01/03/2022 | $500.00 | 8180997000 |
| 01/25/2022 | $500.00 | 8230028000 | 02/22/2022 | $500.00 | 8288891000 |
| 03/25/2022 | $500.00 | 8359777000 | 04/28/2022 | $500.00 | 8427984000 |
| 05/31/2022 | $500.00 | 8496750000 | 07/05/2022 | $500.00 | 8563982000 |
| 08/02/2022 | $500.00 | 8623948000 | 08/31/2022 | $500.00 | 8677557000 |
| 10/17/2022 | $500.00 | 8772262000 | 11/07/2022 | $500.00 | 8813961000 |
| 11/18/2022 | $500.00 | 8833259000 | 01/06/2023 | $500.00 | 8923963000 |

**Total Receipts:  $28,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $28,000.00**

Chapter 13 Case # 18-17989

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023 (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CACH LLC | | | | | | | |
| | 03/16/2020 | $10.32 | 844,539 | | 04/20/2020 | $33.04 | 846,484 |
| | 05/18/2020 | $33.03 | 848,443 | | 06/15/2020 | $31.38 | 850,122 |
| | 07/20/2020 | $63.59 | 851,878 | | 09/21/2020 | $462.50 | 855,538 |
| | 10/19/2020 | $162.50 | 857,450 | | 11/16/2020 | $218.89 | 859,245 |
| CAVALRY SPV I LLC | | | | | | | |
| | 03/16/2020 | $72.54 | 844,985 | | 03/16/2020 | $56.55 | 844,985 |
| | 04/20/2020 | $181.10 | 846,936 | | 04/20/2020 | $232.33 | 846,936 |
| | 05/18/2020 | $181.11 | 848,837 | | 05/18/2020 | $232.33 | 848,837 |
| | 06/15/2020 | $220.56 | 850,524 | | 06/15/2020 | $171.93 | 850,524 |
| | 07/20/2020 | $447.27 | 852,317 | | 07/20/2020 | $348.65 | 852,317 |
| | 11/16/2020 | $100.05 | 859,678 | | 11/16/2020 | $128.35 | 859,678 |
| | 12/21/2020 | $487.36 | 861,497 | | 12/21/2020 | $379.90 | 861,497 |
| DITECH MORTGAGE | | | | | | | |
| | 03/18/2019 | $735.00 | 821,236 | | 04/15/2019 | $458.43 | 823,280 |
| | 05/20/2019 | $46.53 | 825,250 | | 06/17/2019 | $47.37 | 827,278 |
| | 08/19/2019 | $142.11 | 831,070 | | 09/16/2019 | $47.37 | 833,111 |
| | 11/18/2019 | $16.43 | 837,194 | | 01/13/2020 | $46.78 | 840,990 |
| | 03/15/2021 | $32.07 | 866,552 | | 04/19/2021 | $45.64 | 868,167 |
| | 05/17/2021 | $45.64 | 870,097 | | 05/26/2021 | ($45.64) | 868,167 |
| | 06/30/2021 | ($45.64) | 870,097 | | 06/30/2021 | ($32.07) | 866,552 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 03/16/2020 | $8.59 | 8,001,443 | | 04/20/2020 | $27.53 | 8,001,482 |
| | 05/18/2020 | $27.53 | 8,001,532 | | 06/15/2020 | $26.13 | 8,001,591 |
| | 07/20/2020 | $52.99 | 8,001,651 | | 11/16/2020 | $15.21 | 8,001,892 |
| | 12/21/2020 | $57.74 | 8,001,947 | | | | |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 03/15/2021 | $292.93 | 866,673 | | 04/19/2021 | $416.86 | 868,321 |
| | 05/17/2021 | $416.86 | 870,234 | | 06/21/2021 | $458.73 | 872,021 |
| | 07/19/2021 | $494.31 | 873,829 | | 08/16/2021 | $424.17 | 875,515 |
| | 09/20/2021 | $424.17 | 877,238 | | 11/17/2021 | $311.36 | 880,721 |
| | 12/13/2021 | $428.69 | 882,351 | | 01/10/2022 | $428.69 | 884,010 |
| | 02/14/2022 | $428.69 | 885,692 | | 03/14/2022 | $428.69 | 887,404 |
| | 04/18/2022 | $428.69 | 889,083 | | 05/16/2022 | $435.46 | 890,809 |
| | 06/20/2022 | $435.46 | 892,474 | | 07/18/2022 | $435.46 | 894,213 |
| | 08/15/2022 | $435.46 | 895,774 | | | | |
| SPECIALIZED LOAN SERVICING, LLC | | | | | | | |
| | 04/15/2019 | $13.07 | 824,100 | | 05/20/2019 | $424.97 | 826,123 |
| | 06/17/2019 | $432.63 | 828,074 | | 08/19/2019 | $1,297.89 | 831,965 |
| | 09/16/2019 | $432.63 | 833,945 | | 11/18/2019 | $150.07 | 838,054 |
| | 01/13/2020 | $427.22 | 841,826 | | | | |
| US BANK NA | | | | | | | |
| | 06/21/2021 | $49.41 | 872,012 | | 07/19/2021 | $53.40 | 873,821 |
| | 08/16/2021 | $45.83 | 875,506 | | 09/20/2021 | $45.83 | 877,229 |
| | 11/17/2021 | $33.64 | 880,710 | | 12/13/2021 | $46.31 | 882,343 |
| | 01/10/2022 | $46.31 | 884,001 | | 02/14/2022 | $46.31 | 885,684 |
| | 03/14/2022 | $46.31 | 887,396 | | 04/18/2022 | $46.31 | 889,076 |
| | 05/16/2022 | $47.04 | 890,804 | | 06/20/2022 | $47.04 | 892,467 |
| | 07/18/2022 | $47.04 | 894,204 | | 08/15/2022 | $47.04 | 895,766 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,543.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 8,090.00 | 100.00% | 8,090.00 | 0.00 |

**Chapter 13 Case # 18-17989**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | CACH LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | CAVALRY SPV I LLC | UNSECURED | 7,139.27 | 100.00% | 1,820.74 | 5,318.53 |
| 0015 | CAVALRY SPV I LLC | UNSECURED | 5,565.17 | 100.00% | 1,419.29 | 4,145.88 |
| 0016 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | CREDIT ONE BANK NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | US BANK NA | MORTGAGE ARR | 27,526.02 | 100.00% | 2,187.84 | 25,338.18 |
| 0026 | EMIGRANT MORTGAGE | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | CACH LLC | UNSECURED | 1,015.25 | 100.00% | 1,015.25 | 0.00 |
| 0033 | MIDLAND FUNDING | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0037 | ONEMAIN FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0041 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 845.86 | 100.00% | 215.72 | 630.14 |
| 0051 | SYNCHRONY BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0052 | SYNCHRONY BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0053 | T-MOBILE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0058 | TARGET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0060 | TOYOTA MOTOR CREDIT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0064 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARR | 244,842.69 | 100.00% | 10,303.16 | 234,539.53 |
| 0065 | US BANK NA | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $26,595.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $28,000.00     -     Paid to Claims: $16,962.00     -     Admin Costs Paid: $9,633.00     =     Funds on Hand: $1,405.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.