**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    JOSE F ARGUETA,

               Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Case No.:  18-17989 RG**

### NOTICE OF RESERVE ON CLAIM

| | |
|---|---|
| Creditor: | US BANK NA |
| Trustee Claim #: | 23 |
| Court Claim #: | 7 |
| Claimed Amount: | $27,526.02 |
| Date Claim Filed: | 06/01/2021 |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- ■ Disbursement checks are being returned to sender for reasons unclear. If the claim has been transferred or the address has changed, a transfer or change of address should be filed accordingly.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  June 07, 2023

By:  /S/  Marie-Ann Greenberg
       Chapter 13 Standing Trustee

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

JOSE F ARGUETA
144 CONGRESS STREET
APARTMENT#1
JERSEY CITY, NJ    07307

HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ    07017

US BANK NA
SHELLPOINT MORTGAGE SERVICING
PO BOX 639766
CINCINNATI, OH    45263

US BANK NA
SHELLPOINT MORTGAGE SERVICING
PO BOX 19024
GREENVILLE, SC    29602