**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:  
JOSE ARGUETA,

Debtor(s)

Case No.: ___18-17989 RG___

Judge: ___GAMBARDELLA___

## Chapter 13 Plan and Motions

☐ Original   ☒ Modified/Notice Required   Date: ___June 30, 2023___

☐ Motions Included   ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___HR___   Initial Debtor: ___JA___   Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____500_____ per ____MONTH____ to the Chapter 13 Trustee, starting on ____MAY OF 2018____ for approximately ____84____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:
Proposed date for completion: _____

☒  Refinance of real property:
Description: 144 Congress Street, Jersey City, New Jersey ***
Proposed date for completion: _March 31, 2024_____

☐  Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

*** Trustee is to make payment on mortgage arrears, pertaining to first and second mortgages against this property, held by Specialized Loan Servicing, LLC [Formerly Wells Fargo] (1st Mortgage) and Shellpoint Mortgage Servicing, LLC (2nd Mortgage, formerly Ditech, LLC), pending completion of refinance transaction.

| Part 2: | Adequate Protection ☒ NONE |
|---|---|

      a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

      b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

| Part 3: | Priority Claims (Including Administrative Expenses) |
|---|---|

      a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ Supp. Fees |
| DOMESTIC SUPPORT OBLIGATION | | |

      b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:**  ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING (FORMERLY WELLS FARGO HOME MORTGAGE) | 1st Mortgage re: 144 Congress St., Jersey City, NJ | $244,842.69 | N/A | $244,842.69 | CONTINUED PAYMENTS |
| SHELLPOINT MORTGAGE SERVICING, LLC | 2nd Mortgage re: 144 Congress St., Jersey City, NJ | $18,986 | N/A | $18,986 | CONTINUED PAYMENTS |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:**  ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

c. **Secured claims excluded from 11 U.S.C. 506:**  ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☒ **NONE**

    1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

    2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender**  ☒ **NONE**

    Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

i. Emigrant Mortgage, continued payments, no arrears, regarding mortgage against real property located at 142 Congress Street, Jersey City, New Jersey.  Continued payments by the Debtor, no arrears, pertaining to this mortgage.

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than  100_____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

### Part 6:  Executory Contracts and Unexpired Leases  ☒ NONE

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

### Part 7:  Motions  ☒ NONE

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form,** *Notice of Chapter 13 Plan Transmittal*, **within the time and in the manner set forth in D.N.J. LBR 3015-1.  A** *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

  a.  **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**   ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Counsel Fees and Supp. Counsel Fees (Fully Paid before other claims)
3) Secured Claims and then Priority Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:  Modification ☐ NONE**

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: December 23, 2022                    .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The plan is being filed to extend the time for the Debtor to refinance, real property located at 144 Congress Street, Jersey City, New Jersey. This is likely the final attempt that the Debtor will make to obtain financing, and if not successful, the plan will be modified to call for a sale. The holdup with the previous refinance attempt(s) were issues out of the Debtor's control relating to immigration. The immigration issues that the Debtor was facing have now been fully addressed, however, the Debtor must re-start the entire refinance process from scratch, which will undoubtedly involve more time and effort. So a somewhat longer request is being made, in terms of refinancing, and if the Debtor is not able to refinance, the plan will be changed to provide for a sale of this property. | The period to obtain financing is being extended one final time to March 31, 2024, for the reasons mentioned, that the Debtor has to start from the beginning. Payments on both mortgages are being made, and the Debtor continues to make plan payments. There appears to be considerable equity now in the property because of the dramatic increase in market values. No other material changes to the plan. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: June 30, 2023 _____         /S/ JOSE ARGUETA_____
                                                  Debtor

Date: _____                     _____
                                                  Joint Debtor

Date: June 30, 2023 _____         /S/ HERBERT B. RAYMOND, ESQ._____
                                                  Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 18-17989-RG
Jose F Argueta                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                        Page 1 of 5
Date Rcvd: Jun 30, 2023                       Form ID: pdf901                                    Total Noticed: 74

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose F Argueta, 144 Congress Street, Apartment#1, Jersey City, NJ 07307-2602 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517468965 | | Cach Llc, P0 Box 5980, Denver, CO 80127 |
| 517468980 | + | Ditech, PO Box 7169, Pasadena, CA 91109-7169 |
| 517468981 | + | Ditech Home Loans, PO Box 8172, Rapid City, SD 57709-8172 |
| 517468983 | + | Ditech Mortgage, PO Box 8172, Rapid City, SD 57709-8172 |
| 517468982 | + | Ditech llc, PO Box 780, Waterloo, IA 50704-0780 |
| 517468984 | + | Emigrant Mortgage, 5 E 42nd Street, New York, NY 10017-6904 |
| 517468988 | + | Fein, Such, Kahn, and Shepard ESQ, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 517468998 | + | Phelan, Hallinan & Diamond, Jones, PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517468999 | + | Phelan, Hallinan & Schmeig, PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517469026 | + | Wells Fargo Home Mortgage, PO Box 11701, Newark, NJ 07101-4701 |
| 517469025 | + | Wells Fargo Home Mortgage, PO Box 10437, Des Moines, IA 50306-0437 |
| 517469028 | + | Wells Fargo Home Mortgage, Inc., PO Box 14471, Des Moines, IA 50306-3471 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 30 2023 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 30 2023 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 30 2023 20:55:13 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517468957 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 30 2023 20:45:00 | BAC Home Loan Servicing, PO Box 650070, Dallas, TX 75265-0070 |
| 517468958 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 30 2023 20:45:00 | Bank Of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 517468960 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 30 2023 20:46:00 | Bank of America, PO Box 9000, Getzville, NY 14068-9000 |
| 517468961 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 30 2023 20:46:00 | Bank of America, 100 N Tyon Street, Charlotte, NC 28255-0001 |
| 517468962 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 30 2023 20:45:00 | Bank of America, Attn: Bankruptcy, PO Box 26012, Greensboro, NC 27420-6012 |
| 517468964 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517468959 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 30 2023 20:45:00 | Bank of America, PO Box 30770, Tampa, FL 33630-3770 |
| | | | Jun 30 2023 20:46:00 | Bank of America, PO Box 17645, Baltimore, MD 21297-1645 |
| 517625249 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2023 20:54:57 | CACH, LLC, c/o Resurgent Capital Services, PO BOX 10675, Greenville, SC 29603-0675 |
| 517468968 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2023 20:55:31 | CACH, LLC, 370 17th Street, Suite 5000, Denver, CO 80202-5616 |
| 517468975 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 30 2023 20:55:20 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 517468967 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2023 20:55:00 | Cach Llc/Square Two Financial, Attention: Bankruptcy, 4340 South Monaco St. 2nd Floor, Denver, CO 80237-3485 |
| 517468969 | + | Email/Text: bankruptcy@cavps.com | Jun 30 2023 20:47:00 | Calvary Investments, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 517468971 | + | Email/Text: bankruptcy@cavps.com | Jun 30 2023 20:47:00 | Calvary Portfolio Management, PO Box 27288, Tempe, AZ 85285-7288 |
| 517468972 | + | Email/Text: bankruptcy@cavps.com | Jun 30 2023 20:47:00 | Calvary Portfolio Services, 500 Summit Lake Drive, PO Box 520, Valhalla, NY 10595-0520 |
| 517468973 | + | Email/Text: bankruptcy@cavps.com | Jun 30 2023 20:47:00 | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 517468974 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 30 2023 21:06:37 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 517468976 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 30 2023 20:55:48 | Capital One, PO Box 85147, Richmond, VA 23276-0001 |
| 517472796 | + | Email/Text: bankruptcy@cavps.com | Jun 30 2023 20:47:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517468977 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 30 2023 21:06:44 | Credit One Bank, P0 Box 80015, Los Angeles, CA 90080-0015 |
| 517468978 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 30 2023 21:06:42 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517468979 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 30 2023 20:54:49 | Credit One Bank Na, P0 Box 98875, Las Vegas, NV 89193-8875 |
| 517468987 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Jun 30 2023 20:46:00 | Fein, Such, Kahn, and Shepard, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 517468991 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 30 2023 20:45:00 | HSBC, P0 Box 80084, Salinas, CA 93912-0084 |
| 517468989 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 30 2023 20:45:00 | HSBC, PO Box 98706, Las Vegas, NV 89193-8706 |
| 517468990 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 30 2023 20:45:00 | HSBC, PO Box 17051, Baltimore, MD 21297-1051 |
| 517468992 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 30 2023 20:47:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 517468995 | + | Email/PDF: cbp@omf.com | Jun 30 2023 21:06:43 | Onemain, PO Box 790040, Saint Louis, MO 63179-0040 |
| 517468996 | + | Email/PDF: cbp@omf.com | Jun 30 2023 20:55:31 | Onemain Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 517468997 | + | Email/PDF: cbp@omf.com | Jun 30 2023 21:06:54 | Onemain Financial, PO Box 183172, Columbus, OH 43218-3172 |
| 517469001 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 30 2023 20:56:08 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |

Case 18-17989-RG   Doc 199   Filed 07/02/23   Entered 07/03/23 00:15:00   Desc Imaged
                            Certificate of Notice   Page 13 of 15

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 30, 2023 | Form ID: pdf901 | Total Noticed: 74 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517469002 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2023 20:54:54 | | Portfolio Recovery, 140 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 517469000 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2023 20:55:13 | | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 517606622 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2023 20:56:00 | | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517469005 | | Email/Text: bk-notification@sps-law.com | Jun 30 2023 20:45:00 | Schachter & Portnoy, Attorneys At Law, 3490 US Route 1, Suite 6, Princeton, NJ 08540 |
| 517469006 | | Email/Text: bk-notification@sps-law.com | Jun 30 2023 20:45:00 | Schachter & Portnoy ESQ., Attorneys At Law, 3490 US Route 1, Suite 6, Princeton, NJ 08540 |
| 517469003 | | Email/Text: signed.order@pfwattorneys.com | Jun 30 2023 20:45:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 517469004 | | Email/Text: signed.order@pfwattorneys.com | Jun 30 2023 20:45:00 | Pressler & Pressler ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 517469007 | + | Email/Text: bk-notification@sps-law.com | Jun 30 2023 20:45:00 | Schachter & Portnoy PC, Attorneys At Law, 3490 US Route 1, Suite 6, Princeton, NJ 08540-5920 |
| 519228372 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 30 2023 20:46:00 | Shellpoint Mortgage Servicing, P. O. Box 19024, Greenville, SC 29602-9024 |
| 518077593 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Jun 30 2023 20:46:00 | | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517469008 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 30 2023 20:55:13 | Synchrony Bank, P0 Box 965005, Orlando, FL 32896-5005 |
| 517469012 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 30 2023 21:06:43 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 517469010 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 30 2023 20:56:14 | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 517470269 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 30 2023 21:06:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517469013 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jun 30 2023 20:54:47 | T-Mobile, Bankruptcy, PO Box 37380, Albuquerque, NM 87176 |
| 517469014 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jun 30 2023 20:54:49 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 517469015 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jun 30 2023 20:55:44 | T-Mobile Financial, P0 Box 2400, Young America, MN 55553 |
| 517469019 | | Email/Text: bankruptcy@td.com | Jun 30 2023 20:47:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 517469021 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 30 2023 20:46:00 | Toyota Motor Credit Corporation, 19001 South Western Avenue, TC13, Torrance, CA 90509-2958 |
| 517469022 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 30 2023 20:46:00 | Toyota Motor Credit Corporation, Attn: Asset Protection Department, PO Box 2958, Torrance, CA 90509-2958 |
| 517469016 | + | Email/Text: bncmail@w-legal.com | Jun 30 2023 20:46:00 | Target, P0 Box 673, Minneapolis, MN 55440-0673 |
| 517469017 | + | Email/Text: bncmail@w-legal.com | Jun 30 2023 20:46:00 | Target, 3701 Wayzata Blvd., Minneapolis, MN 55416-3440 |
| 517469018 | + | Email/Text: bncmail@w-legal.com | Jun 30 2023 20:46:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 517469020 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 30 2023 20:46:00 | Toyota Motor Credit, P0 Box 9786, Cedar Rapids, IA 52409-0004 |
| 517469023 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 30 2023 20:55:50 | Wells Fargo Home Loans, 1 Home Campus, Des Moines, IA 50328-0001 |
| 517469024 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

District/off: 0312-2     User: admin     Page 4 of 5
Date Rcvd: Jun 30, 2023     Form ID: pdf901     Total Noticed: 74

| Recip ID | | Bypass Reason | Name and Address |
|---|---|---|---|
| 517469027 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 30 2023 20:55:32 Wells Fargo Home Mortgage, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| | | | Jun 30 2023 20:55:20 Wells Fargo Home Mortgage, Inc., One Home Campus, Des Moines, IA 50328-0001 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517468963 | *+ | Bank of America, PO Box 9000, Getzville, NY 14068-9000 |
| 517468966 | * | Cach Llc, P0 Box 5980, Denver, CO 80127 |
| 517468970 | *+ | Calvary Investments, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 517472798 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517468985 | *P++ | EMIGRANT BANK, 6 EAST 43RD ST, 10TH FL, NEW YORK NY 10017-4629, address filed with court:, Emigrant Mortgage Company, 5 E 42nd Street, New York, NY 10017 |
| 517468986 | *P++ | EMIGRANT BANK, 6 EAST 43RD ST, 10TH FL, NEW YORK NY 10017-4629, address filed with court:, Emigrant Mortgage Company, 5 E 42nd Street, New York, NY 10017 |
| 517468994 | *+ | Midland Funding Company, 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 518077594 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517469009 | *+ | Synchrony Bank, P0 Box 965005, Orlando, FL 32896-5005 |
| 517469011 | *+ | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 517632724 | *+ | U.S. Bank National Association, as Trustee ET.AL., Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 517468993 | ##+ | Midland Funding Co. Inc., 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 517623689 | ##+ | U.S. Bank National Association, as Trustee ET.AL., Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 0 Undeliverable, 11 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp. CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Jose F Argueta herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Specialized Loan Servicing LLC as Servicer for, Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |

District/off: 0312-2     User: admin     Page 5 of 5
Date Rcvd: Jun 30, 2023     Form ID: pdf901     Total Noticed: 74

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5