Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−17989−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose F Argueta
   aka Jose F Argueta−Diaz
   144 Congress Street
   Apartment#1
   Jersey City, NJ 07307

Social Security No.:
   xxx−xx−3537

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 4, 2024.

Dated: April 4, 2024
JAN: slm

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-17989-RG |
| Jose F Argueta | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Apr 04, 2024 | Form ID: plncf13 | Total Noticed: 74 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose F Argueta, 144 Congress Street, Apartment#1, Jersey City, NJ 07307-2602 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517468965 | | Cach Llc, P0 Box 5980, Denver, CO 80127 |
| 517468980 | + | Ditech, PO Box 7169, Pasadena, CA 91109-7169 |
| 517468981 | + | Ditech Home Loans, PO Box 8172, Rapid City, SD 57709-8172 |
| 517468983 | + | Ditech Mortgage, PO Box 8172, Rapid City, SD 57709-8172 |
| 517468982 | + | Ditech llc, PO Box 780, Waterloo, IA 50704-0780 |
| 517468984 | + | Emigrant Mortgage, 5 E 42nd Street, New York, NY 10017-6904 |
| 517468988 | + | Fein, Such, Kahn, and Shepard ESQ, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 517468998 | + | Phelan, Hallinan & Diamond, Jones, PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517468999 | + | Phelan, Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517470269 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517469026 | + | Wells Fargo Home Mortgage, PO Box 11701, Newark, NJ 07101-4701 |
| 517469025 | + | Wells Fargo Home Mortgage, PO Box 10437, Des Moines, IA 50306-0437 |
| 517469028 | + | Wells Fargo Home Mortgage, Inc., PO Box 14471, Des Moines, IA 50306-3471 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 04 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 04 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 04 2024 21:07:32 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517468957 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 04 2024 20:52:00 | BAC Home Loan Servicing, PO Box 650070, Dallas, TX 75265-0070 |
| 517468958 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 04 2024 20:52:00 | Bank Of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 517468960 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 04 2024 20:54:00 | Bank of America, PO Box 9000, Getzville, NY 14068-9000 |
| 517468961 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 04 2024 20:54:00 | Bank of America, 100 N Tyon Street, Charlotte, NC 28255-0001 |
| 517468962 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 04 2024 20:52:00 | Bank of America, Attn: Bankruptcy, PO Box 26012, Greensboro, NC 27420-6012 |

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 04, 2024 | Form ID: plncf13 | Total Noticed: 74 |

| Recipient ID | | Delivery Method | Date/Time | Name / Address |
|---|---|---|---|---|
| 517468964 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 04 2024 20:52:00 | Bank of America, PO Box 30770, Tampa, FL 33630-3770 |
| 517468959 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 04 2024 20:54:00 | Bank of America, PO Box 17645, Baltimore, MD 21297-1645 |
| 517625249 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2024 21:07:32 | CACH, LLC, c/o Resurgent Capital Services, PO BOX 10675, Greenville, SC 29603-0675 |
| 517468968 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2024 20:56:51 | CACH, LLC, 370 17th Street, Suite 5000, Denver, CO 80202-5616 |
| 517468975 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 04 2024 20:56:35 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 517468967 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2024 21:07:30 | Cach Llc/Square Two Financial, Attention: Bankruptcy, 4340 South Monaco St. 2nd Floor, Denver, CO 80237-3485 |
| 517468969 | + | Email/Text: bankruptcy@cavps.com | Apr 04 2024 20:55:00 | Calvary Investments, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 517468971 | + | Email/Text: bankruptcy@cavps.com | Apr 04 2024 20:55:00 | Calvary Portfolio Management, PO Box 27288, Tempe, AZ 85285-7288 |
| 517468972 | + | Email/Text: bankruptcy@cavps.com | Apr 04 2024 20:55:00 | Calvary Portfolio Services, 500 Summit Lake Drive, PO Box 520, Valhalla, NY 10595-0520 |
| 517468973 | + | Email/Text: bankruptcy@cavps.com | Apr 04 2024 20:55:00 | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 517468974 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 04 2024 21:18:01 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 517468976 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 04 2024 20:56:21 | Capital One, PO Box 85147, Richmond, VA 23276-0001 |
| 517472796 | + | Email/Text: bankruptcy@cavps.com | Apr 04 2024 20:55:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517468977 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 04 2024 20:56:32 | Credit One Bank, P0 Box 80015, Los Angeles, CA 90080-0015 |
| 517468978 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 04 2024 20:56:35 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517468979 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 04 2024 20:56:24 | Credit One Bank Na, P0 Box 98875, Las Vegas, NV 89193-8875 |
| 517468987 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Apr 04 2024 20:53:00 | Fein, Such, Kahn, and Shepard, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 517468991 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Apr 04 2024 20:52:00 | HSBC, P0 Box 80084, Salinas, CA 93912-0084 |
| 517468989 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Apr 04 2024 20:52:00 | HSBC, PO Box 98706, Las Vegas, NV 89193-8706 |
| 517468990 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Apr 04 2024 20:52:00 | HSBC, PO Box 17051, Baltimore, MD 21297-1051 |
| 517468992 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2024 20:54:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 517468995 | + | Email/PDF: cbp@omf.com | Apr 04 2024 20:56:22 | Onemain, PO Box 790040, Saint Louis, MO 63179-0040 |
| 517468996 | + | Email/PDF: cbp@omf.com | Apr 04 2024 20:56:49 | Onemain Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 517468997 | + | Email/PDF: cbp@omf.com | Apr 04 2024 20:56:35 | Onemain Financial, PO Box 183172, Columbus, OH 43218-3172 |
| 517469001 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 04 2024 21:07:18 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, |

| | | | | |
|---|---|---|---|---|
| | | | | VA 23502 |
| 517469002 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 04 2024 20:56:37 | Portfolio Recovery, 140 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 517469000 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 04 2024 21:07:31 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 517606622 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 04 2024 20:56:43 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517469005 | | Email/Text: bk-notification@sps-law.com | Apr 04 2024 20:52:00 | Schachter & Portnoy, Attorneys At Law, 3490 US Route 1, Suite 6, Princeton, NJ 08540 |
| 517469006 | | Email/Text: bk-notification@sps-law.com | Apr 04 2024 20:52:00 | Schachter & Portnoy ESQ., Attorneys At Law, 3490 US Route 1, Suite 6, Princeton, NJ 08540 |
| 517469003 | | Email/Text: signed.order@pfwattorneys.com | Apr 04 2024 20:52:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 517469004 | | Email/Text: signed.order@pfwattorneys.com | Apr 04 2024 20:52:00 | Pressler & Pressler ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 517469007 | + | Email/Text: bk-notification@sps-law.com | Apr 04 2024 20:52:00 | Schachter & Portnoy PC, Attorneys At Law, 3490 US Route 1, Suite 6, Princeton, NJ 08540-5920 |
| 519228372 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 04 2024 20:53:00 | Shellpoint Mortgage Servicing, P. O. Box 10826, Greenville, SC 29603-0826 |
| 518077593 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 04 2024 20:53:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517469008 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 04 2024 20:56:35 | Synchrony Bank, P0 Box 965005, Orlando, FL 32896-5005 |
| 517469012 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 04 2024 20:56:49 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 517469010 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 04 2024 20:56:22 | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 517469013 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Apr 04 2024 20:56:34 | T-Mobile, Bankruptcy, PO Box 37380, Albuquerque, NM 87176 |
| 517469014 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Apr 04 2024 20:56:34 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 517469015 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Apr 04 2024 20:56:49 | T-Mobile Financial, P0 Box 2400, Young America, MN 55553 |
| 517469019 | | Email/Text: bankruptcy@td.com | Apr 04 2024 20:54:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 517469016 | + | Email/Text: bncmail@w-legal.com | Apr 04 2024 20:54:00 | Target, P0 Box 673, Minneapolis, MN 55440-0673 |
| 517469017 | + | Email/Text: bncmail@w-legal.com | Apr 04 2024 20:54:00 | Target, 3701 Wayzata Blvd., Minneapolis, MN 55416-3440 |
| 517469018 | + | Email/Text: bncmail@w-legal.com | Apr 04 2024 20:54:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 517469020 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 04 2024 20:53:00 | Toyota Motor Credit, P0 Box 9786, Cedar Rapids, IA 52409-0004 |
| 517469022 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 04 2024 20:53:00 | Toyota Motor Credit Corporation, Attn: Asset Protection Department, PO Box 2958, Torrance, CA 90509-2958 |
| 517469021 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 04 2024 20:53:00 | Toyota Motor Credit Corporation, 19001 South Western Avenue, TC13, Torrance, CA 90501-1106 |
| 517469023 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 04 2024 20:56:30 | Wells Fargo Home Loans, 1 Home Campus, Des Moines, IA 50328-0001 |
| 517469024 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 04 2024 20:56:50 | Wells Fargo Home Mortgage, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 517469027 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 04, 2024 | Form ID: plncf13 | Total Noticed: 74 |

Apr 04 2024 20:56:56    Wells Fargo Home Mortgage, Inc., One Home Campus, Des Moines, IA 50328-0001

TOTAL: 59

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517468963 | *+ | Bank of America, PO Box 9000, Getzville, NY 14068-9000 |
| 517468966 | * | Cach Llc, P0 Box 5980, Denver, CO 80127 |
| 517468970 | *+ | Calvary Investments, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 517472798 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517468985 | *P++ | EMIGRANT BANK, 6 EAST 43RD ST, 10TH FL, NEW YORK NY 10017-4629, address filed with court:, Emigrant Mortgage Company, 5 E 42nd Street, New York, NY 10017 |
| 517468986 | *P++ | EMIGRANT BANK, 6 EAST 43RD ST, 10TH FL, NEW YORK NY 10017-4629, address filed with court:, Emigrant Mortgage Company, 5 E 42nd Street, New York, NY 10017 |
| 517468994 | *+ | Midland Funding Company, 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 518077594 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517469009 | *+ | Synchrony Bank, P0 Box 965005, Orlando, FL 32896-5005 |
| 517469011 | *+ | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 517632724 | *+ | U.S. Bank National Association, as Trustee ET.AL., Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 517468993 | ##+ | Midland Funding Co. Inc., 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 517623689 | ##+ | U.S. Bank National Association, as Trustee ET.AL., Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 0 Undeliverable, 11 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp. CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Jose F Argueta herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Specialized Loan Servicing LLC as Servicer for, Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as KEBECK@BERNSTEINLAW.COM, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | |

District/off: 0312-2 | User: admin | Page 5 of 5
Date Rcvd: Apr 04, 2024 | Form ID: plncf13 | Total Noticed: 74

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5