| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Raymond & Raymond, Esqs., Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond, Esq.; Jeffrey M. Raymond, Esq., Kevin DeLyon, Esq.<br>Attorneys for the Debtor(s) | Case No.:        18-17989 RG<br><br>Chapter:         13_____ |
| In Re:<br><br>JOSE ARGUETA, DEBTOR | Adv. No.:       _____<br><br>Hearing Date:   5/1/2024 @ 2:00 P.M.<br><br>Judge:          GAMBARDELLA |

# CERTIFICATION OF SERVICE

1. I, JEFFREY M. RAYMOND, ESQ. :

   ☒ represent Jose Argueta, the Debtor_ in the this matter.

   ☐ am the secretary/paralegal for _____, who represents _ in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On April 15, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Motion to For Authority to Obtain Credit to Refinance Real Property, Debtor's Certification in Support of Motion, Proposed Order For Authority to Obtain Credit To Refinance Real Property, Exhibit Conditional Approvals, Application to Shorten Time, Proposed Order Shortening Notice and Time, Order Shortening Time and Notice

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   April 18, 2023                                  /S/ JEFFREY M. RAYMOND, ESQ._
                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Esq.<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd.<br>Fairfield, N.J. 07004 | CHAPTER 13 TRUSTEE | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other Consistent with Shorten Time Order__<br>   (as authorized by the court *) |
| Specialized Loan Servicing, LLC<br>6200 S. Quebec Street<br>Greenwood Village, CO 80111<br>Attn: Officer, Managing or General Agent or Any Other Agent Authorized By Appointment or By Law to Receive Service of Process<br>Attn: Toby Wells | CREDITOR, FIRST MORTGAGE | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other Telefax Consistent with Shorten Time order_<br>   (as authorized by the court *) |
| Shellpoint Mortgage Servicing, LLC<br>55 Beattie Place Suite 100<br>Greenville, SC 29601<br>Attn: Officer, Managing or General Agent or Any Other Agent Authorized By Appointment or By Law to Receive Service of Process<br>Attn: Bruce Williams, Ceo | CREDITOR, SECOND MORTGAGE | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other Telefax Consistent with Shorten Time Order__<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ |