UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Raymond and Raymond**
**Attorneys at Law**
**7 Glenwood Avenue, 4ᵀᴴ Floor**
**East Orange, New Jersey 07017**
**Telephone: (973) 675-5622**
**Telefax: (408) 519-6711**
**Email: herbertraymond@gmail.com**
**Herbert B. Raymond, Esq.**
**Jeffrey M. Raymond, Esq.**
**Kevin DeLyon, Esq.**
**Attorneys for the Debtor(s)**

Order Filed on May 2, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

  JOSE F. ARGUETA, DEBTOR(S)

Case No.: 18-17989 RG

Adv. No.:

Hearing Date: 5/1/2024 @ 10:00 A.M.

Judge: ROSEMARY GAMBARDELLA

ORDER FOR AUTHORITY TO OBTAIN CREDIT
TO REFINANCE REAL PROPERTY

    The relief set forth on the following pages two (2) through four (4),
is hereby **ORDERED** as follows:

**DATED: May 2, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor: Jose R. Argueta, Debtor(s)
Case no.: 18-17989 RG
Caption of order: Order For Authority to Obtain Credit To Refinance
of Real Property
_____

1. The Debtor, Jose R. Argueta, be and is hereby authorized to enter into and incur new debt for the purpose of obtaining financing, in the form of an FHA thirty year fixed rate mortgage, in the maximum amount of $520,960 at 7.50%, consistent with the conditional approval, attached as an Exhibit, with American Financial Network, lender/broker, pertaining to real property located at 144 Congress Street, Jersey City, New Jersey, 07307.

a. This loan is to be used, inter alia, for the purpose of paying off and satisfying the mortgages against the property, held by Specialized Loan Servicing and Shellpoint Mortgage, paying these obligations in full, at closing, pursuant to payoff statements, provided by the lenders.

b. The amount necessary to pay plan obligations, completely paying all filed claims, 100% of the amount due, must be remitted to Debtor's Bankruptcy Counsel to payoff the plan. Counsel is to obtain plan payoff information from the Trustee to effectuate the plan payoff.

c. Any other ordinary course, outstanding statutory or municipal obligations, pertaining to the property, including, but not limited to real estate taxes/tax liens, garbage charges and/or water/sewer charges (water/sewer liens), must be paid, in full, at closing.

d. Judgments against the property and/or the Debtor, unless satisfied or avoided, must be paid in full, at closing, consistent with judgment payoff statements.

Debtor: Jose R. Argueta, Debtor(s)

Case no.: 18-17989 RG

Caption of order: Order For Authority to Obtain Credit To Refinance of Real Property

_____

e. Other ordinary course closing fees and costs, must be satisfied from the refinance proceeds.

2. A copy of the signed settlement statement, must be provided to Debtor's bankruptcy counsel by the closing agent, to be provided to the Chapter 13 Trustee, through Debtor's counsel, within fourteen (14) days of closing.

3. That this post-confirmation, post-petition extension of credit, for the purpose, of obtaining financing to refinance mortgages against the real property and addressing plan obligations, be and is hereby considered necessary and appropriate for the Debtor's performance under the plan and that the extension of credit, in the form of a refinance, be and is hereby approved pursuant to Section 1305 of the Code.

4. The Debtor reserves the right to challenge any payoff statement, quote, letter, etc. Paying off any obligation at closing, does not preclude the Debtor from later challenging the amount due and owing as to any obligation. Paying off any closing obligation, including but not limited to any lien, judgment, mortgage or statutory obligation, does not prejudice or preclude the Debtor from later challenging the amount due.

5. The fourteen (14) day stay, if applicable, provided by Bankruptcy Rule 6004(h) be and is hereby waived. The refinance may proceed immediately.

Debtor: Jose R. Argueta, Debtor(s)

Case no.: 18-17989 RG

Caption of order: Order For Authority to Obtain Credit To Refinance of Real Property

_____

    6. ***Any additional material changes will require court approval.***